# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| INSILCO TECHNOLOGIES, *et al.*, : | |
| : | Case No. 02-13672 (KJC) |
| Debtors.  : | |
| : | |
| : | |
| CHAD J. SHANDLER, CREDITOR : | Adv. Case No. 04-57950 (KJC) |
| TRUSTEE OF INSILCO TEHCNOLOGIES, INC., *et al.*, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | |
| : | |
| DLJ MERCHANT BANKING, INC. n/k/a CREDIT : | |
| SUISSE FIRST BOSTON, DLJ MERCHANT BANKING : | |
| PARTNERS, L.P., DONALDSON, LUFKIN & : | |
| JENRETTE SECURITIES CORP., DONALDSON, : | |
| LUFKIN & JENRETTE, INC., DLJ CAPITAL : | |
| FUNDING, INC., MBP II PLAN INVESTORS, L.P., DLJ : | |
| OFFSHORE PARTNERS II, C.V., DLJ MILLENNIUM : | |
| PARTNERS-A, L.P., L.P., DLJ MILLENNIUM : | |
| PARTNERS, L.P., DLJ ESC II, L.P., DLJ EAB : | |
| PARTNERS, L.P., DLJ MERCHANT BANKING : | |
| PARTNERS II-A, L.P., DLJ DIVERSIFIED PARTNERS, : | |
| L.P., DLJ DIVERSIFIED PARTNERS-A, L.P., WILLIAM : | |
| F. DAWSON, JR., THOMPSON DEAN, JOHN F. FORT, : | |
| III, GEORGE A. PEINADO, KEITH PALUMBO, : | |
| RANDALL CURRAN, DAVID HOWE, JAMES : | |
| ASHTON, and MCDONALD INVESTMENTS, INC., : | |
| : | |
| Defendants.  : | |
| : | |

## NOTICE OF APPEAL

Chad Shandler, as Trustee of the Insilco Liquidating Trust, hereby gives notice of his appeal from the Opinion & Order issued and entered on September 27, 2005 (Docket No. 52) in the above-referenced adversary proceeding granting, in part, and denying, in part, the Motion of the DLJ-related Defendants to Dismiss the Amended Complaint (Docket No. 12), and Motions to Dismiss filed by David Howe (Docket No. 18), James Ashton (Docket No. 20), and Randall Curran (Docket No. 22). This

NYM/2345973.1

notice of appeal is given pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Party:** | **Attorneys:** |
|---|---|
| **Appellant: Chad Shandler as Trustee to the Insilco Liquidating Trust** | Andrew I. Silfen, Esq.<br>Michael S. Cryan, Esq.<br>Heike M. Vogel, Esq.<br>Arent Fox PLLC<br>1675 Broadway<br>New York, New York 10019<br>(212) 484-3900<br><br>-and-<br><br>Michael R. Lastowski, Esq.<br>Richard W. Riley, Esq.<br>Christopher M. Winter, Esq.<br>Duane Morris LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1246<br>302-657-4901 |
| **DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston,** *et al.* | Karen E. Wagner, Esq.<br>Patrick A. Bradford, Esq.<br>James I. McClammy, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br><br>-and-<br><br>Charlene D. Davis, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(302) 655-5000 |
| **James Ashton** | Chris Simon, Esq.<br>Amy Elizabeth Evans, Esq.<br>Cross & Simon LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899<br>(302) 777-4200 |

| | |
|---|---|
| **Randall Curran** | Douglas S. Robson, Esq.<br>Handler, Thayer, Duggan, LLC<br>191 North Wacker Drive, 23rd Floor<br>Chicago, Illinois 60606-1633<br>(312) 641-2100<br><br>-and-<br><br>Marc S. Casarino, Esq.<br>White and Williams LLP<br>824 Market Street, Suite 902<br>Wilmington, Delaware 19899<br>(302) 467-4550 |
| **David Howe** | Lawrence Slattery, Esq.<br>McDermott Will & Emery<br>50 Rockefeller Plaza<br>New York, New York 10020<br>(212) 547-5660<br><br>-and-<br><br>Jason A. Cincilla, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200 |
| **McDonald Investments, Inc.** | Scott C. Matasar, Esq.<br>Calfee, Halter, Griswold LLP<br>1400 McDonald Investment Center<br>800 Superior Avenue<br>Cleveland, Ohio 44114-2688<br>(212) 622-8387<br><br>-and-<br><br>Steven K. Kortanek, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>(302) 426-9193 |
| **United States Trustee** | David L. Buchbinder, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>(302) 573-6491 |

Dated:  October 4, 2004
      Wilmington, Delaware

                DUANE MORRIS LLP

                /s/ Christopher M. Winter
                Michael R. Lastowski (DE I.D. No. 3892)
                Richard W. Riley (DE I.D. No. 4052)
                Christopher M. Winter (DE I.D. No. 4163)
                1100 North Market Street
                Wilmington, Delaware 19801-1246
                (302) 657-4951

                 -and-

                ARENT FOX PLLC

                Andrew I. Silfen, Esq.
                Michael S. Cryan, Esq.
                Heike M. Vogel, Esq.
                1675 Broadway
                New York, New York 10019
                (212) 484-3900

                *Attorneys for Chad Shandler, Trustee of the Insilco Liquidating Trust*