## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Adversary Case #:** 04-57950-(KJC)
**Related Bankruptcy Case #:** 02-13672-(KJC)

**Deputy Clerk Transferring Case:** Sandra Jackson

**Case Type:** Adversary

**Nature of Suit:** 498 (Other Action)

**Cause of Appeal:**
Opinion and Order that the Motions to Dismiss are Granted, in part, & Denied, in Part Signed on September 27, 2005, docket #52- **(Related doc's #18,35,20,22,12)**

**Parties:** Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc.,et. al. v. DLJ Merchant Banking,Inc. n/k/a Credit Suisse First Boston, et. al.

**Appellant Counsel:**

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
usa
302 655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

Christopher Martin Winter
Duane Morris LLP
1100 N. Market Street
Wilmington, DE 19801-1246
302-657-4951
Fax : 302-657-4901
Email: cmwinter@duanemorris.com

Michael R Lastowski
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
302-657-4900
Fax : 302-657-4901
Email: mlastowski@duanemorris.com

**Richard W. Riley**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
302-657-4900
Fax : 302-657-4901
Email: rwriley@duanemorris.com

**Andrew I. Silfen**
Arent Fox PLLC
1675 Broadway
New York, NY 10019
212-484-3903
Fax : 212-484-3990
Email: silfen.andrew@arentfox.com

**Charlene D. Davis**
The Bayard Firm
222 Delaware Avenue
Suite 900, P.O. Box 25130
Wilmington, DE 19899
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**Marc Stephen Casarino**
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE 19899
usa
302-467-4520
Fax : 302-467-4550
Email: casarinom@whiteandwilliams.com

**Jason A. Cincilla**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
302-658-9200
Fax : 302-658-3989
Email: jcincilla@mnat.com

**Amy Elizabeth Evans**
Cross & Simon LLC
913 N. Market Street
Suite 1001
PO Box 1380
Wilmington, DE 19899
302-777-4200
Fax : 302-777-4224
Email: aevans@crosslaw.com

**Charlene D. Davis**
(See above for address)

**Steven K. Kortanek**
Klehr Harrison Harvey Branzburg & Ellers
919 Market St.,Suite 1000
Suite 1000
Wilmington, DE 19801
usa
302-552-5503
Fax : 302-426-9193
Email: skortane@klehr.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court
David D. Bird

824 Market Street
Wilmington DE 19801
(302) 252-2900

**Date: November 16, 2005**

To: Clerk of the Court
U.S. District Court
District of Delaware
Wilmington, DE 19801

Re:   **Adversary Case 04-57952 (KJC)-AP #05-69**
   **Related BK Case 02-13672**
   **Re: Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et. al. v. DLJ Merchant Banking, Inc. n/k/a Credit First Boston, et. al.**

Enclosed is the Transmittal relating to Appeal #05-69 along with the PDF of the Notice of Appeal; Appealable Order; Designation of Record on Appeal and Statement of Issues on Appeal.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

David Bird, Clerk

By: <u>Sandra Jackson</u>
   Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of _____, 2005.

By: _____
U.S. District Court, District of Delaware