## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INSILCO TECHNOLOGIES, *et al*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 02-13672 (KJC) |
| CHAD J. SHANDLER, CREDITOR<br>TRUSTEE OF INSILCO TEHCNOLOGIES, INC., *et al*.,<br><br>        Plaintiff,<br><br>        v.<br><br>DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON, DLJ MERCHANT BANKING PARTNERS, L.P., DONALDSON, LUFKIN & JENRETTE SECURITIES CORP., DONALDSON, LUFKIN & JENRETTE, INC., DLJ CAPITAL FUNDING, INC., MBP II PLAN INVESTORS, L.P., DLJ OFFSHORE PARTNERS II, C.V., DLJ MILLENNIUM PARTNERS-A, L.P., L.P., DLJ MILLENNIUM PARTNERS, L.P., DLJ ESC II, L.P., DLJ EAB PARTNERS, L.P., DLJ MERCHANT BANKING PARTNERS II-A, L.P., DLJ DIVERSIFIED PARTNERS, L.P., DLJ DIVERSIFIED PARTNERS-A, L.P., WILLIAM F. DAWSON, JR., THOMPSON DEAN, JOHN F. FORT, III, GEORGE A. PEINADO, KEITH PALUMBO, RANDALL CURRAN, DAVID HOWE, JAMES ASHTON, and MCDONALD INVESTMENTS, INC.,<br><br>        Defendants. | Adv. Pro. No. 04-57950 (KJC) |

## DESIGNATION OF ITEMS TO BE INCLUDED
## IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES

       Chad J. Shandler, as Trustee of the Insilco Liquidating Trust, sets forth the following Designation of Items to be Included in the Record on Appeal and Statement of Issues pursuant to Bankruptcy Rule 8006:

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---------|-----------|------------|----------|
| 1. | 6/11/2003 | 721 | Order Pursuant to Bankruptcy Code Sections 363(b) and 105(a) and Fed. R. Bankr. P. 9019 Approving Settlement Agreement by and Among the Debtor, the Official Committee of Unsecured Creditors, Wachovia Bank, N.A., U.S. Bank, N.A., Certain of the Debtors Senior Secured Lenders and the Agent for the Debtors' Senior Secured Lenders |
| 2. | 2/13/2004 | 1019 | Debtors' Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code |
| 3. | TBA | TBA | Transcript of Hearing on the Approval of the Disclosure Statement |
| 4. | TBA | TBA | Transcript of Hearing on the Confirmation of Debtor's Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code |
| 5. | 6/09/2004 | 1169 | First Omnibus (Substantive) Objection of the Official Committee of Unsecured Creditors to Claims of Class 7 Creditors, Including MBP II Plan Investors, L.P., DLJ Offshore Partners, L.P., DLJ ESC II, L.P., DLJ EAB Partners, L.P., DLJ Merchant Banking Partners II-A, L.P., DLJ Merchant Banking Partners II, L.P., DLJ Diversified Partners, L.P., and DLJ Diversified Partners-A, L.P. (Claim Nos. 607-616) |
| 6. | 6/10/2004 | 1173 | Findings of Fact, Conclusions of Law and Order Under Section 1129 of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming the Amended Joint Liquidating Plan Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 7. | 7/23/2004 | 1234 | Motion of Term-C Lenders to Enforce Orders, Dismiss Objection of Official Committee of Unsecured Creditors, and Authorize Distribution Filed by Term-C Lenders (Attachment # 1 Notice # 2 Memorandum # 3 Proposed Order # 4 Certificate of Service). |
| 8. | 8/06/2004 | 1249 | Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b), 1142 and 105(a) for Order Approving Liquidating Trust Agreement and Granting Related Relief |
| 9. | 8/16/2004 | 1257 | Objection to Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b), 1142 and 105(a) for Order Approving Liquidating Trust Agreement and Granting |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| | | | Related Relief filed by DLJ Creditors |
| 10. | 8/30/2004 | 1270 | Order Approving Liquidating Trust Agreement and Granting Related Relief |
| 11. | 9/03/2004 | 1275 | Memorandum of Law of Official Committee of Unsecured Creditors in Opposition to the Class 7 Creditors' Motion to Dismiss the Committee's Objection |
| 12. | 9/24/2004 | 1298 | Reply Memorandum of Law in Support of Term-C Lenders' Motion to Enforce Orders, Dismiss Complaint and Authorize Distribution |
| 13. | 11/22/2004 | 1356 | Order Granting Motion and Memorandum of Law of the Term-C Lenders to Enforce Orders, Dismiss Objection of the Official Committee of Unsecured Creditors and Authorize Distribution. |
| 14. | 11/29/2004 | 1360 | Notice of Appeal |
| 15. | 12/15/2004 | 1 | Complaint by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. against DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston, DLJ Merchant Banking Partners, L.P., Donaldson, Lufkin & Jenrette Securities Corp., Donaldson, Lufkin & Jenrette, Inc., DLJ Capital Funding, Inc., MBP II Plan Investors, L.P., DLJ Offshore Partners II, C.V., DLJ Millennium Partners-A, L.P., DLJ Millennium Partners, L.P., DLJ ESC II, L.P., DLJ EAB Partners, L.P., DLJ Merchant Banking Partners II-A, L.P., DLJ Merchant Banking Partners II, L.P., DLJ Diversified Partners, L.P., DLJ Diversified Partners-A, L.P., William F. Dawson, Thompson Dean, John F Fort III, George A. Peinado, Keith Palumbo, Randall Curran, David Howe, James Ashton, McDonald Investments, Inc. |
| 16. | 12/15/2004 | 3 | Summons and Notice of Pretrial Conference Served on Defendants James Ashton, Randall Curran, DLJ Capital Funding, Inc., DLJ Diversified Partners, L.P., DLJ Diversified Partners-A, L.P., DLJ EAB Partners, L.P., DLJ ESC II, L.P., DLJ Merchant Banking Partners II, L.P., DLJ Merchant Banking Partners II-A, L.P., DLJ Merchant Banking Partners, L.P., DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston, DLJ Millennium Partners, L.P., DLJ |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| | | | Millennium Partners-A, L.P., DLJ Offshore Partners II, C.V., William F. Dawson, Thompson Dean, Donaldson, Lufkin & Jenrette Securities Corp., Donaldson, Lufkin & Jenrette, Inc., John F Fort III, David Howe, MBP II Plan Investors, L.P., McDonald Investments, Inc., Keith Palumbo, George A. Peinado |
| 17. | 02/10/2005 | 4 | Affidavit/Declaration of Service Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 18. | 02/17/2005 | 5 | Amended Complaint |
| 19. | 02/18/2005 | 6 | Stipulation As To Service Between Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. and McDonald Investments, Inc.. Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 20. | 02/24/2005 | 7 | Affidavit/Declaration of Service - Return of Service Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 21. | 02/24/2005 | 8 | Affidavit/Declaration of Service - Return of Service Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 22. | 03/14/2005 | 9 | Stipulation as to Service and Schedule Between Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. and DLJ Merchant Banking, Inc., et al.. Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 23. | 03/14/2005 | 10 | Stipulation as to Service Between Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. and David Howe. Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 24. | 03/17/2005 | 11 | Answer to Amended Complaint and, Counterclaim by McDonald Investments, Inc. against Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. Filed by McDonald Investments, Inc. |
| 25. | 03/18/2005 | 12 | Motion to Dismiss Adversary Proceeding /Motion of the DLJ-Related Defendants to Dismiss the Amended Complaint Filed by DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---------|-----------|-----------|----------|
| 26. | 03/18/2005 | 13 | Exhibit G-L, Declaration and Proposed Orders Filed by DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston |
| 27. | 03/18/2005 | 14 | Memorandum of Law of the DLJ-Related Defendants in Support of Their Motion to Dismiss the Amended Complaint Filed by DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston |
| 28. | 03/22/2005 | 15 | Affidavit/Declaration of Service Filed by DLJ Affiliates and the DLJ Affiliated Directors |
| 29. | 04/01/2005 | 18 | Motion to Dismiss Adversary Proceeding Motion of David Howe to Dismiss the Amended Complaint As It Relates To Claims Against Him Filed by David Howe |
| 30. | 04/01/2005 | 19 | Opening Brief of David Howe In Support Of His Motion To Dismiss The Amended Complaint As It Relates To Claims Against Him Filed by David Howe |
| 31. | 04/06/2005 | 20 | Motion to Dismiss Adversary Proceeding Filed by James Ashton |
| 32. | 04/20/2005 | 22 | Motion to Dismiss Party: Motion of Randall Curran to Dismiss the Amended Complaint as it Relates to Claims Against Him Filed by Randall Curran |
| 33. | 04/20/2005 | 24 | Memorandum of Law in Support of Defendant Randall Curran's Motion to Dismiss Amended Complaint Filed by Randall Curran |
| 34. | 04/20/2005 | 30 | Stipulation as to Page Limit Between Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. and DLJ Merchant Banking, Inc., et al.. Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 35. | 04/22/2005 | 33 | Opening Brief Of David Howe In Support Of His Motion To Dismiss The Amended Complaint As It Relates To Claims Against Him Filed by David Howe |
| 36. | 04/27/2005 | 35 | Memorandum of Law in Opposition to Motions to Dismiss Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 37. | 05/04/2005 | 36 | Reply to Defendant McDonald Investments, Inc's CounterClaim Filed by Chad J. Shandler, Creditor |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---------|------------|------------|----------|
| | | | Trustee of Insilco Technologies, Inc., et al. |
| 38. | 05/20/2005 | 40 | Reply in Support of Randall Curran's Motion to Dismiss Creditor Trustee's Amended Complaint Filed by Randall Curran |
| 39. | 05/20/2005 | 42 | Reply Memorandum of Law of The DLJ-Related Defendants in Support of Their Motion to Dismiss the Amended Complaint Filed by DLJ Affiliates and the DLJ Affiliated Directors |
| 40. | 05/24/2005 | 44 | Reply Brief in Support of James Ashton's Motion to Dismiss Filed by James Ashton |
| 41. | 06/03/2005 | 48 | Brief Reply Brief Of David Howe In Further Support Of His Motion To Dismiss The Amended Complaint As It Relates To Claims Against Him Filed by David Howe |
| 42. | 07/11/2005 | 51 | Letter in response to letter dated July 7, 2005. Filed by DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston |
| 43. | 09/27/2005 | 52 | Opinion & Order That The Motions To Dismiss are Granted, in part, & Denied, in part Signed By The Honorable Kevin J. Carey on September 27, 2005 |
| 44. | 10/04/2005 | 53 | Notice of Appeal Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |
| 45. | 10/04/2005 | 55 | Stipulation Extending Response Deadlines Set Forth in the Court's Opinion and Order Dated September 27, 2005 Filed by Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. |

Pursuant to Local Rule 8006-1, one (1) copy of each of the above items are provided herewith.

## STATEMENT OF ISSUES

1.    Whether the Bankruptcy Court erred in holding that it did not have subject matter jurisdiction over the related-to, non-core claims asserted by Chad J. Shandler as Trustee of the Insilco Liquidating Trust in the Amended Complaint.

2.    Whether the Bankruptcy Court erred in granting in part the Motion of the DLJ-related Defendants to Dismiss the Amended Complaint (Docket No. 12), and Motions to Dismiss filed by David Howe (Docket No. 18), James Ashton (Docket No. 20), and Randall Curran (Docket No. 22).

Dated: October 14, 2004
      Wilmington, Delaware

                    Michael R. Lastowski (ID No. 3892)
                    Richard W. Riley (ID No. 4052)
                    DUANE MORRIS LLP
                    1100 North Market Street, Suite 1200
                    Wilmington, DE 19801-1246
                    Telephone:    (302) 657-4900
                    Facsimile:    (302) 657-4901

                          mlastowski@duanemorris.com
                          rwriley@duanemorris.com

                        -and-

                    Andrew I. Silfen, Esq.
                    Michael S. Cryan, Esq.
                    Heike M. Vogel, Esq.
                    ARENT FOX PLLC
                    1675 Broadway
                    New York, New York 10019
                    Telephone: (212) 484-3900


                    Attorneys for Appellant, Chad Shandler,
                    Trustee of the Insilco Liquidating Trust