IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INSILCO TECHNOLOGIES, INC. et al., | Civil Action No. 05-795 GMS |
| CHAD J. SANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC. et al.,<br><br>Appellant,<br><br>v.<br><br>DLJ MERCHANT BANKING, INC., et al.,<br><br>Appellees. | Bankruptcy Case No. 02-13672 |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Amy Elizabeth Evans, Esquire as attorney for Appellee James Ashton.

PLEASE ENTER THE APPEARANCE of Jon E. Abramczyk, Esquire and Jason A. Cincilla, Esquire as attorneys for Appellee James Ashton.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jon E. Abramczyk (#2432)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (Fax)
*Counsel for Defendant Randall Curran*

Of Counsel:

McDERMOTT WILL & EMERY LLP
Lawrence Slattery
John J. Calandra
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
Tel: (212) 547-5411
Fax: (212) 547-5444


Dated: June 26, 2006

526389

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on the 26th day of June, 2006, I caused a true and correct copy of this **Substitution of Counsel** to be served upon the parties listed below by electronic-filing:

| | |
|---|---|
| Charlene D. Davis, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Christopher Martin Winter, Esq.<br>Michael R. Lastowski, Esq.<br>Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Andrew I. Silfen, Esq.<br>Arent Fox PLLC<br>1675 Broadway, 25th Floor<br>New York, NY 10019-5820 | Marc Stephen Casarino, Esq.<br>White and Williams LLP<br>824 Market Street<br>Suite 902<br>Wilmington, DE 19899 |
| Amy Elizabeth Evans, Esq.<br>Cross & Simon LLC<br>913 N. Market St., 11th Floor<br>P. O. Box 1380<br>Wilmington, DE 19899 | Steven K. Kortanek, Esq.<br>Klehr Harrison Harvey<br>  Branzburg & Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |

Jason A. Cincilla (No. 4232)

526389