IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INSILCO TECHNOLOGIES, *et al.*,<br><br>Debtors.<br><br>------<br><br>CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON, DLJ MERCHANT BANKING PARTNERS, L.P., DONALDSON, LUFKIN & JENRETTE SECURITIES CORP., DONALDSON, LUFKIN & JENRETTE, INC., DLJ CAPITAL FUNDING, INC., MSP II PLAN INVESTORS, L.P., DLJ OFFSHORE PARTNERS II, C.V., DLJ MILLENNIUM PARTNERS-A, L.P., L.P., DLJ MILLENNIUM PATNERS, L.P., DLJ ESC II, L.P., DLJ EAB PARTNERS, L.P., DLJ DIVERSIFIED PARTNERS,L.P., DLJ DIVERSIFIED PARTNERS-A, L.P., WILLIAM F. DAWSON, JR., THOMPSON DEAN, JOHN F. FORT, III, GEORGE A. PEINADO, KEITH PALUMBO, RANDALL CURRAN, DAVID HOWE, JAMES ASHTON, and MCDONALD INVESTMENTS, INC.,<br><br>Defendants. | Civil Action No. 05-795<br><br>Case No. 02-13672<br><br><br><br>Adv. Pro. No. 04-57950 (KJC) |

## NOTICE OF COMPLETION

A Notice of Appeal of the following Order of the Bankruptcy Court dated September 27, 2005, was referred to the Appellate Mediation Panel by the District Court on October 4, 2005, and briefing was deferred.

Mediation was scheduled, briefed, conducted and as of September 7, 2006 is concluded. Regrettably, the parties were unable to resolve their dispute in the Mediation Process. The parties continue in vigorous opposition.

Respectfully,

*/s/ Richard Tucker*
J. Richard Tucker
Member Appellate Mediation Panel

Dated:  September 8, 2006