IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| INSILCO TECHNOLOGIES, et al. | : | Bankruptcy Co. No. 02-13672 |
| Debtors | : | |
| CHAD SHANDLER | : | |
| Appellant | : | |
| v. | : | Civil Action No. 05-795 GMS |
| DLJ MERCHANT BANKING, INC., et al. | : | |
| Appellees | : | |

## **O R D E R**

WHEREAS, on November 16, 2005, a Notice of Appeal of the Order of the Bankruptcy Court entered on September 27, 2005, was filed (D.I. 1);

WHEREAS, on December 12, 2005, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on September 8, 2006, a notice of Completion of Mediation was filed by J. Richard Tucker, Esq. (D.I. 7);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than October 16, 2006.


September 15, 2006                    /s/ Gregory M. Sleet
                                      UNITED STATES DISTRICT JUDGE