IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-13672 |
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Appellant,<br><br>v.<br><br>DLJ MERCHANT BANKING, INC., et al.,<br><br>Appellee. | Civil Action No. 05-795 (GMS) |

## STIPULATION SETTING FORTH APPELLATE BRIEFING SCHEDULE

WHEREAS, after mediation between the Parties in the above-captioned appeal and the Mediator having issued his Notice of Completion (Docket No. 7) on September 8, 2006; and

WHEREAS, on September 15, 2006, the Court has entered an order directing the Parties to submit a jointly prepared, proposed briefing schedule for the Court's consideration no later than October 16, 2006;

IT IS HEREBY STIPULATED, by and between Chad J. Shandler, as Trustee to the Insilco Liquidating Trust (the "Appellant"), and DLJ Merchant Banking, *et al.*, David Howe, James Ashton, Randall Curran and McDonald Investments, Inc. (the "Appellees") as follows:

1.  Appellant shall file his Opening Brief in the captioned appeal on or by January 17, 2007.

2.  Appellees shall file their Response Briefs on or before March 7, 2007.

3.  Appellant shall file his Reply Brief on or before March 23, 2007.

4.  Oral argument shall be held and scheduled at the convenience of the Court.

Dated: October 9, 2006

_____
Michael R. Lastowski, Esq.  (ID No. 3892)
Richard W. Riley, Esq.  (ID No. 4052)
Christopher M. Winter (ID No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901

-and-

Andrew I. Silfen
Schuyler G. Carroll
Michael S. Cryan
ARENT FOX PLLC
1675 Broadway
New York, NY  10019
Telephone:   (212) 484-3900
Facsimile:   (212) 484-3990

*Counsel for Appellant Chad J. Shandler,
Creditor Trustee*

_____
Jason A. Cincilla, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

-and-

Lawrence Slattery, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, New York 10020
(212) 547-5660

*Counsel for Appellees David Howe,
James Ashton and Randall Curran*

DM3\399471.1                                     2

4. Oral argument shall be held and scheduled at the convenience of the Court.

Dated: October 9, 2006

| | |
|---|---|
| Michael R. Lastowski, Esq. (ID No. 3892)<br>Richard W. Riley, Esq. (ID No. 4052)<br>Christopher M. Winter (ID No. 4163)<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br><br>-and-<br><br>Andrew I. Silfen<br>Schuyler G. Carroll<br>Michael S. Cryan<br>ARENT FOX PLLC<br>1675 Broadway<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br><br>*Counsel for Appellant Chad J. Shandler,*<br>*Creditor Trustee* | Jason A. Cincilla, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br><br>-and-<br><br>Lawrence Slattery, Esq.<br>McDermott Will & Emery<br>50 Rockefeller Plaza<br>New York, New York 10020<br>(212) 547-5660<br><br>*Counsel for Appellees David Howe,*<br>*James Ashton and Randall Curran* |

*[signature: Steve K Kortanek]*

| | |
|---|---|
| Steven K. Kortanek, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>(302) 426-9193 | Charlene D. Davis, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>(302) 655-5000 |
| -and- | -and- |
| Scott C. Matasar, Esq.<br>Calfee, Halter, Griswold LLP<br>1400 McDonald Investment Center<br>800 Superior Avenue<br>Cleveland, Ohio 44114-2688<br>(212) 622-8387 | Karen E. Wagner, Esq.<br>James I. McClammy, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000 |
| *Counsel for Appellee McDonald Investments, Inc.* | *Counsel for Appellees DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston, et al.* |

| | |
|---|---|
| _____ | *[signature: Charlene Davis]* |
| Steven K. Kortanek, Esq. | Charlene D. Davis, Esq. (2336) |
| Klehr Harrison Harvey Branzburg & Ellers | The Bayard Firm |
| 919 Market Street, Suite 1000 | 222 Delaware Avenue, Suite 900 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899 |
| (302) 426-9193 | (302) 655-5000 |
| | |
| -and- | -and- |
| | |
| Scott C. Matasar, Esq. | Karen E. Wagner, Esq. |
| Calfee, Halter, Griswold LLP | James I. McClammy, Esq. |
| 1400 McDonald Investment Center | Davis Polk & Wardwell |
| 800 Superior Avenue | 450 Lexington Avenue |
| Cleveland, Ohio 44114-2688 | New York, New York 10017 |
| (212) 622-8387 | (212) 450-4000 |
| | |
| *Counsel for Appellee McDonald Investments, Inc.* | *Counsel for Appellees DLJ Merchant Banking, Inc. n/k/a Credit Suisse First Boston, et al.* |