## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re<br>INSILCO TECHNOLOGIES, INC., *et al.,*<br><br>Debtors. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 11<br><br>Case No. 02-13672 |
| CHAD J. SHANDLER, CREDITOR<br>TRUSTEE OF INSILCO TECHNOLOGIES,<br>INC., *et al.,*<br><br>Appellant,<br><br>v.<br><br>DLJ MERCHANT BANKING, INC., et al.,<br><br>Appellee. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 05-795 (GMS) |

### ORDER

Upon the request of the Parties and after mediation between the Parties in the above-captioned appeal and the Mediator having issued his Notice of Completion (Docket No. 7) on September 8, 2006,

IT IS HEREBY ORDERED that the Stipulation Setting Forth Appellate Briefing Schedule is APPROVED.

Dated: _____, 2006      _____
                                        The Honorable Gregory M. Sleet
                                        United States District Court Judge