IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 02-13672<br>(KJC)<br><br>(Jointly Administered) |
| CHAD SHANDLER, as Trustee to the Insilco Liquidating Trust,<br><br>Appellant.<br><br>v.<br><br>DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON,<br><br>Appellees. | Case No. 05 CV 795 (GMS) |

### APPENDIX RE APPELLANT'S OPENING BRIEF

DUANE MORRIS LLP
Michael R. Lastowski (ID No. 3892)
Richard W. Riley (ID No. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
mlastowski@duanemorris.com

ARENT FOX LLPC
Andrew I. Silfen
Michael S. Cryan
Heike M. Vogel
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
silfen.andrew@arentfox.com

*Attorneys for Chad Shandler, Trustee of the Insilco Liquidating Trust*

DM3\438770.1

# TABLE OF CONTENTS

1. Amended Plan (D.I. 1019) ..................................................................A-1 thru A-103

2. Findings of Fact and Conclusions of Law and Order Confirming the Amended Joint Liquidating Plan (D.I. 1173) ........................................................A-104 thru A-253

3. Order Approving Liquidating Trust Agreement and Granting Related Relief (DI 1270) ..............................................................................A-254 thru A-281

4. Amended Complaint (D.I. 5) ..........................................................A-282 thru A-318

5. Opinion & Order That The Motions To Dismiss are Granted, in part, & Denied, in part (D.I. 52) ..............................................................................A-319 thru A-342