21

D.     Each of the Senior Lenders listed on Schedule 1 hereto is the owner of the indebtedness owed by the Debtors under the Credit Agreement in the approximate amount reflected on Schedule 1 hereto.

16.     <u>INDEPENDENT INVESTIGATION</u>.  As part of the foregoing release and compromise, the Parties acknowledge that they understand and accept the risk that the facts with respect to which this Settlement Agreement is entered into may be different from the facts now known or believed by such Parties to be true.  This Settlement Agreement shall remain in all respects effective and shall not be subject to termination or rescission by virtue of any such differences in fact.  In entering into this Settlement Agreement, the Parties acknowledge that they have each conducted their own independent investigations, have consulted with legal counsel of their own respective choice or been afforded the opportunity to do so, and have not relied on any statement, representation, promise, inducement or agreement not expressly contained within this Settlement Agreement.

17.     <u>HEADINGS</u>.  The paragraph, section and subsection headings contained herein are for reference purposes only, and shall not in any way affect the construction, meaning or interpretation of any of the terms or provisions of this Settlement Agreement.  The paragraph, section and article headings herein in no way define, limit, extend or interpret the scope of this Settlement Agreement or of any particular paragraph or section or article.

18.     <u>PRONOUNS</u>.  All pronouns and nouns and any variations thereof shall be deemed to refer to the masculine, feminine or neuter, singular or plural, as the identity of the parties or the context may require.

19.     <u>ENTIRE AGREEMENT</u>.  This Settlement Agreement and the documents, agreements and instruments to be executed hereunder set forth the entire

22

understanding and agreement of the Parties in respect to the transactions contemplated herein and supersede all prior agreements, arrangements and understandings, written or oral, relating to the subject matter hereof.

20.    AMENDMENTS AND WAIVERS TO BE IN WRITING. No amendment, change or modification of this Settlement Agreement and no waiver of any of the terms, covenants, representations, warranties or conditions hereof, shall be effective except by a written instrument signed by the Party against whom enforcement of any amendment, change or modification is sought, or in the case of a waiver, by the Party waiving compliance. The failure of any Party at any time to require performance of any provision hereof shall in no manner affect the right at a later time to enforce the same.

21.    RIGHTS. No delay or omission on the part of any Party in exercising any right hereunder shall operate as a waiver of such right or of any other right of such Party nor shall any waiver by any Party of any such right or rights on any one occasion by deemed to operate as a waiver of the same right or rights on any future occasion. The rights, options, powers and remedies provided for the benefit of the Parties herein shall be cumulative and no one or more of them shall be exclusive of the other or others.

22.    LIMITATIONS ON USE. This Settlement Agreement is being entered into solely to compromise the disputes between the Parties and to implement the terms of the settlement set forth herein. It is not and shall not be construed as an admission of liability by any Party or as a concession by any Party regarding the merits of its respective claims against any Party. It may not be used in evidence by any Party, except to enforce its terms. It is further understood and agreed that this Settlement Agreement and the terms hereof shall not be subject to any claim of mistake of fact.

23

23.    GOVERNING LAW. This Settlement Agreement shall be construed and enforced in accordance with the laws of the State of New York and, to the extent applicable, the Bankruptcy Code.

24.    CONSENT TO JURISDICTION. Each of the Parties hereby irrevocably consent and submit to the jurisdiction of the Bankruptcy Court for the purpose of any action or proceeding arising out of or relating to this Settlement Agreement or the transactions contemplated herein.

25.    NO INTERPRETATION BASED ON DRAFTING. This Settlement Agreement shall not be interpreted or construed against any of the Parties because that Party or a representative of that Party drafted or participated in the drafting of this Settlement Agreement or any provision hereof.

26.    FURTHER ASSURANCES. The Parties shall each use their best reasonable efforts and shall act in good faith to take or cause to be taken all action and do or cause to be done all things necessary, proper or advisable to obtain Bankruptcy Court approval of, and to consummate or perform, the transactions contemplated by this Settlement Agreement.

27.    NOTICES. All notices or other communications hereunder shall be in writing and shall be deemed to have been duly given if addressed to the parties at their addresses set forth below, or at such other addresses as they may designate by notice given as aforesaid by hand delivery or overnight express mail or courier or facsimile transmission. Notices shall be deemed given when sent in accordance with the foregoing:

If to the Debtors:

Shearman & Sterling
599 Lexington Avenue
New York, New York 10022-6069

24

Attention: Constance A. Fratianni, Esq.
and Scott C. Shelley, Esq.
(fax no. 212-848-7179)

If to the Creditors' Committee:

Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway
25th Floor
New York, New York 10019
Attention: Andrew I. Silfen, Esq.
(fax no. 212-484-3990)

If to Wachovia:

Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Attention: Warren Martin
(fax no. 973-538-1984)

If to U.S. Bank:

Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Attention: Judy A. Groves
(fax no. 617-227-4420)

If to the Agent:

Sidley Austin Brown & Wood
10 So. Dearborn
Chicago, IL 60603
Attention: Janet E. Henderson
(fax no. 312-853-7036)

28.    TIME IS OF THE ESSENCE.  Time is of the essence with respect to the

performance of this Settlement Agreement, and all of the terms, covenants and conditions

thereof.

25

29.   COUNTERPARTS/TELECOPIER. This Settlement Agreement may be executed in any number of counterparts and by any combination of parties hereto in separate counterparts, each of which counterparts shall be an original and all of which taken together shall constitute one and the same Settlement Agreement. Delivery of an executed counterpart of a signature page of this Settlement Agreement by telecopier shall be effective as delivery of a manually executed counterpart hereof.

30.   NO THIRD PARTY BENEFICIARIES. The provisions of this Agreement shall not confer or be deemed to confer upon any person or entity not a Party hereto (other than those persons specifically released pursuant to Paragraph 4 hereof) any of the benefits (including releases and waivers) or legal or equitable rights, remedies or claims under this Settlement Agreement.

31.   NOTEHOLDER RATIFICATION. This agreement shall be deemed ratified by the holders of the 12% Senior Subordinated Notes and 14% Senior Discount Notes only upon confirmation of a Plan providing for such ratification.

        IN WITNESS WHEREOF, the Parties hereto have caused this Settlement Agreement to be signed as of the day and year first set forth above.

        [REMAINDER INTENTIONALLY LEFT BLANK]

26

IN WITNESS WHEREOF, the Parties hereto have caused this Settlement

Agreement to be signed as of the day and year first set forth above.

INSILCO TECHNOLOGIES, INC.

By: _____
Name: Carol G. Stubbins
Title: President

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF INSILCO
TECHNOLOGIES, INC. ET AL.

By: _____
Name: _____
Title: _____

BANK ONE, NA, AS LENDER AND AS AGENT
FOR THE SENIOR LENDERS LISTED ON
SCHEDULE I HERETO

By: _____
Name: _____
Title: _____

WACHOVIA BANK, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
FOR THE 12% SENIOR SUBORDINATED
NOTES

By: _____
Name: _____
Title: _____

U.S. BANK, AS TRUSTEE FOR THE 14%
SENIOR DISCOUNT NOTES

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF INSILCO
TECHNOLOGIES, INC. ET AL.

26

By: _Andrew I. Silfen (Bum)_
Name: _Andrew I. Silfen_
Title: _Member_

BANK ONE, NA, AS LENDER AND AS
AGENT FOR THE SENIOR LENDERS
LISTED ON SCHEDULE I HERETO

By: _____
Name: _____
Title: _____

WACHOVIA BANK, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
FOR THE 12% SENIOR SUBORDINATED
NOTES

By: _____
Name: _____
Title: _____

U.S. BANK, AS TRUSTEE FOR THE 14%
SENIOR DISCOUNT NOTES

By: _____
Name: _____
Title: _____

CHARTER VIEW PORTFOLIO          AERIES FINANCE-II LTD.

By: _____     By: _____
Name:                            Name:
Title:                           Title:

AVALON CAPITAL LTD. 2            CERES II FINANCE LTD.

By: _____     By: _____
Name:                            Name:
Title:                           Title:

26

By:_____
Name:_____
Title:_____

BANK ONE, NA, AS LENDER AND AS
AGENT FOR THE SENIOR LENDERS
LISTED ON SCHEDULE I HERETO

By: _Ke Christensen_____
Name: _KEVIN CHRISTENSEN_____
Title: _1 ST VP_____

WACHOVIA BANK, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
FOR THE 12% SENIOR SUBORDINATED
NOTES

By:_____
Name:_____
Title:_____

U.S. BANK, AS TRUSTEE FOR THE 14%
SENIOR DISCOUNT NOTES

By:_____
Name:_____
Title:_____

CHARTER VIEW PORTFOLIO                AERIES FINANCE-II LTD.


By:_____        By:_____
Name:                      Name:
Title:                     Title:

AVALON CAPITAL LTD. 2                CERES II FINANCE LTD.


By:_____        By:_____
Name:                      Name:
Title:                     Title:

26

By:_____
Name:_____
Title:_____

**BANK ONE, NA, AS LENDER AND AS
AGENT FOR THE SENIOR LENDERS
LISTED ON SCHEDULE I HERETO**

By:_____
Name:_____
Title:_____

**WACHOVIA BANK, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
FOR THE 12% SENIOR SUBORDINATED
NOTES**

By: _Robert L. Bice II_
Name: _Robert L. Bice II_
Title: _Vice President_

**U.S. BANK, AS TRUSTEE FOR THE 14%
SENIOR DISCOUNT NOTES**

By:_____
Name:_____
Title:_____

**CHARTER VIEW PORTFOLIO**          **AERIES FINANCE-II LTD.**

By:_____          By:_____
Name:_____          Name:_____
Title:_____          Title:_____

**AVALON CAPITAL LTD. 2**          **CERES II FINANCE LTD.**

By:_____          By:_____
Name:_____          Name:_____
Title:_____          Title:_____

26

By:_____
Name:_____
Title:_____

BANK ONE, NA, AS LENDER AND AS
AGENT FOR THE SENIOR LENDERS
LISTED ON SCHEDULE I HERETO

By:_____
Name:_____
Title:_____

WACHOVIA BANK, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
FOR THE 12% SENIOR SUBORDINATED
NOTES

By:_____
Name:_____
Title:_____

U.S. BANK, AS TRUSTEE FOR THE 14%
SENIOR DISCOUNT NOTES

By:_____
Name: Patricia J. Kapsch
Title: Assistant Vice President

CHARTER VIEW PORTFOLIO          AERIES FINANCE-II LTD.


By:_____          By:_____
Name:                       Name:
Title:                      Title:

AVALON CAPITAL LTD. 2        CERES II FINANCE LTD.


By:_____          By:_____
Name:                       Name:
Title:                      Title:

May-09-03    10:14am    From-                                          T-254   P 002/003   F-908

26

By:_____
Name:_____
Title:_____

**BANK ONE, NA, AS LENDER AND AS
AGENT FOR THE SENIOR LENDERS
LISTED ON SCHEDULE I HERETO**

By:_____
Name:_____
Title:_____

**WACHOVIA BANK, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
FOR THE 12% SENIOR SUBORDINATED
NOTES**

By:_____
Name:_____
Title:_____

**U.S. BANK, AS TRUSTEE FOR THE 14%
SENIOR DISCOUNT NOTES**

By:_____
Name:_____
Title:_____

CHARTER VIEW PORTFOLIO
By:  INVESCO Senior Secured Management, Inc.
     As Investment Advisor

By:_____
Name:
Title:       Gregory Stoeckle
             Authorized Signatory

AVALON CAPITAL LTD. 2
By:  INVESCO Senior Secured Management, Inc.
     As Portfolio Advisor .

By:_____
Name:
Title:       Gregory Stoeckle
             Authorized Signatory

AERIES FINANCE-II LTD.
By:  INVESCO Senior Secured Management, Inc.
     As Sub-Managing Agent

By:_____
Name:
Title:       Gregory Stoeckle
             Authorized Signatory

CERES II FINANCE LTD.
By:  INVESCO Senior Secured Management, Inc.
     As Sub-Managing Agent (Financial)

By:_____
Name:
Title:       Gregory Stoeckle
             Authorized Signatory

A- 214

27

OASIS COLLATERALIZED HIGH INCOME PORTFOLIOS-1,   NEMRAN CLO, LTD.
LTD.
By: INVESCO Senior Secured Management, Inc. As Subadvisor

By: _____              By: _____
Name:                                    Name:
Title:     Gregory Stoeckle               Title:
           Authorized Signatory

ENDURANCE CLO I, LTD.                    ARCHIMEDES FUNDING II, LTD.

By: _____              By: _____
Name:                                    Name:
Title:                                   Title:

ARCHIMEDES FUNDING IV (CAYMAN),          SEQUILS-ING I (HBDGM), LTD.
LTD.

By: _____              By: _____
Name:                                    Name:
Title:                                   Title:

KZH ING-3 LLC                            KZH ING-2 LLC

By: _____              By: _____
Name:                                    Name:
Title:                                   Title:
NORTHWOODS CAPITAL II, LIMITED           NORTHWOODS CAPITAL III, LIMITED

By: _____              By: _____
Name:                                    Name:
Title:                                   Title:

NORTHWOODS CAPITAL, LIMITED              AG CAPITAL FUNDING PARTNERS, L.P.

By: _____              By: _____
Name:                                    Name:
Title:                                   Title:

A- 215

05/08/2003 08:42 FAX 213 621 3797          1NG                                    ☒002/003

ASSET REALLOCATION & SETTLEMENT AGREEMENT
FOR INSILCO TECHNOLOGIES
5/8/03

ENDURANCE CLO I, LTD.

c/o:   ING Capital Advisors LLC,
       as Collateral Manager

BY: _____
Name:          GORDON COOK
Title:    SENIOR VICE PRESIDENT
          & PORTFOLIO MANAGER

ARCHIMEDES FUNDING II, LTD.

BY:   ING Capital Advisors LLC,
      as Collateral Manager

BY: _____
Name:          GORDON COOK
Title:    SENIOR VICE PRESIDENT
          & PORTFOLIO MANAGER

ARCHIMEDES FUNDING IV (CAYMAN), LTD.

BY:   ING Capital Advisors LLC,
      as Collateral Manager

BY: _____
Name:          GORDON COOK
Title:    SENIOR VICE PRESIDENT
          & PORTFOLIO MANAGER

NEMEAN CLO, LTD.

BY:   ING Capital Advisors LLC,
      as Investment Manager

BY: _____
Name:          GORDON COOK
Title:    SENIOR VICE PRESIDENT
          & PORTFOLIO MANAGER

05/09/2003 09:42 FAX 233 621 3797.        ING                              ☒003/003

ASSET REALLOCATION & SETTLEMENT AGREEMENT
FOR INSILCO TECHNOLOGIES
5/8/03

SEQUILS-ING I (HBDGM), LTD.

BY:   ING Capital Advisors LLC,
       as Collateral Manager

BY:   _____
Name:
Title:        GORDON COOK
         SENIOR VICE PRESIDENT
         & PORTFOLIO MANAGER

MAY-29-2003  17:26

27

OASIS COLLATERALIZED HIGH
INCOME PORTFOLIO-1, LTD.                NEMEAN CLO, LTD.


By:                                     By:
Name:                                   Name:
Title:                                  Title:

ENDURANCE CLO I, LTD.                   ARCHIMEDES FUNDING II, LTD.


By:                                     By:
Name:                                   Name:
Title:                                  Title:

ARCHIMEDES FUNDING IV (CAYMAN),         SEQUILS-ING I (HBDGM), LTD.
LTD.


By:                                     By:
Name:                                   Name:
Title:                                  Title:

KZH ING-1 LLC                           KZH ING-2 LLC

By:      [signature] DORIAN HERRERA     By:
Name:    DORIAN HERRERA                 Name:
Title:   AUTHORIZED AGENT               Title:
NORTHWOODS CAPITAL II, LIMITED          NORTHWOODS CAPITAL III, LIMITED


By:                                     By:
Name:                                   Name:
Title:                                  Title:

NORTHWOODS CAPITAL, LIMITED             AG CAPITAL FUNDING PARTNERS, L.P.


By:                                     By:
Name:                                   Name:
Title:                                  Title:

A- 218

MAY-08-2003  17:25

27

OASIS COLLATERALIZED HIGH
INCOME PORTFOLIO-1, LTD.

NEMEAN CLO, LTD.

By:
Name:
Title:

By:
Name:
Title:

ENDURANCE CLO I, LTD.

ARCHIMEDES FUNDING II, LTD.

By:
Name:
Title:

By:
Name:
Title:

ARCHIMEDES FUNDING IV (CAYMAN),
LTD.

SEQUILS-ING I (HBDGM), LTD.

By:
Name:
Title:

By:
Name:
Title:

KZH ING-3 LLC

KZH ING-2 LLC

By:
Name:
Title:

By:
Name:      DORIAN HERRERA
Title:      AUTHORIZED AGENT

NORTHWOODS CAPITAL II, LIMITED

NORTHWOODS CAPITAL III, LIMITED

By:
Name:
Title:

By:
Name:
Title:

NORTHWOODS CAPITAL, LIMITED

AG CAPITAL FUNDING PARTNERS, L.P.

By:
Name:
Title:

By:
Name:
Title:

A- 219

27

OASIS COLLATERALIZED HIGH
INCOME PORTFOLIO-I, LTD.

NEMEAN CLO, LTD.

By:
Name:
Title:

By:
Name:
Title:

ENDURANCE CLO I, LTD.

ARCHIMEDES FUNDING II, LTD.

By:
Name:
Title:

By:
Name:
Title:

ARCHIMEDES FUNDING IV (CAYMAN),
LTD.

SEQUILS-ING I (HBDGM), LTD.

By:
Name:
Title:

By:
Name:
Title:

KZH ING-3 LLC

KZH ING-2 LLC

By:
Name:
Title:

By:
Name:
Title:

NORTHWOODS CAPITAL II, LIMITED

NORTHWOODS CAPITAL III, LIMITED

By:
Name:
Title:           JOHN W. FRASER
                MANAGING DIRECTOR

By:
Name:
Title:           JOHN W. FRASER
                MANAGING DIRECTOR

NORTHWOODS CAPITAL, LIMITED

AG CAPITAL FUNDING PARTNERS, L.P.

By:
Name:
Title:           JOHN W. FRASER
                MANAGING DIRECTOR

By:
Name:
Title:           JOHN W. FRASER
                MANAGING DIRECTOR

28

SILVER OAK CAPITAL, L.L.C.

By:
Name:
Title:

ING PRIME RATE TRUST

By:
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By:
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II, L.P.

By:
Name:
Title:

ARES IV CLO LTD.

By:
Name:
Title:

SUFFIELD CLO, LIMITED

By:
Name:
Title:

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

By:
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME INCOME TRUST

By:
Name:
Title:

GSC RECOVERY II, L.P.

By:
Name:
Title:

GSC RECOVERY IIA, L.P.

By:
Name:
Title:

THIRD AVENUE TRUST

By:
Name:
Title:

ORIX FINANCE CORP. I

By:
Name:
Title:

A- 221

05/07/2003 15:24 FAX 480 477 2089.    ING Pilgrim Fund Acctg    ☑002

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _Ralph Butler_____
Name:
Title:    Ralph E. Butler
         Vice President

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

28

SILVER OAK CAPITAL, L.L.C.                ING PRIME RATE TRUST

By: _____              By: _____
Name:                             Name:
Title:                            Title:

BLACK DIAMOND CLO 2000-1 LTD.     ARES LEVERAGED INVESTMENT FUND II,
                                  L.P.

By: *Alan Corkish (signature)*    By: _____
Name:  Alan Corkish               Name:
Title:  Director                  Title:

ARES IV CLO LTD.                  SUFFIELD CLO, LIMITED

By: _____              By: _____
Name:                             Name:
Title:                            Title:

MASSACHUSETTS MUTUAL LIFE         MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                 INCOME TRUST

By: _____              By: _____
Name:                             Name:
Title:                            Title:

GSC RECOVERY II, L.P.             GSC RECOVERY IIA, L.P.

By: _____              By: _____
Name:                             Name:
Title:                            Title:

THIRD AVENUE TRUST                ORIX FINANCE CORP. I

By: _____              By: _____
Name:                             Name:
Title:                            Title:

May-07-03   12:56   From-ARES MANAGEMENT                    310-201-4171         T-268  P 002/002  F-384

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:    SETH J. BRUFSKY
Title:    VICE PRESIDENT

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:    SETH J. BRUFSKY
          VICE PRESIDENT

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

29

Name:                                      Name:
Title:                                     Title:

ARES IV CLO LTD.                           SUFFIELD CLO, LIMITED


By:                                    ✗  By: _Elizabeth G Pecorick_
Name:                                      Name: ELIZABETH PECORICK
Title:                                     Title: MANAGING DIRECTOR

MASSACHUSETTS MUTUAL LIFE                  MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                          INCOME TRUST


By: _STEVEN J KATZ_                        By:
Name:     SECOND VICE PRESIDENT AND        Name:
Title:    ASSOCIATE GENERAL COUNSEL        Title:

GSC RECOVERY II, L.P.                      GSC RECOVERY IIA, L.P.


By:                                        By:
Name:                                      Name:
Title:                                     Title:

THIRD AVENUE TRUST                         ORIX FINANCE CORP. I


By:                                        By:
Name:                                      Name:
Title:                                     Title:

GE CAPITAL CFE, INC.                       NATIONAL CITY BANK


By:                                        By:
Name:                                      Name:
Title:                                     Title:

TRANSAMERICA BUSINESS CREDIT               THE HUNTINGTON NATIONAL BANK
CORPORATION


By:                                        By:

                                                   TOTAL P.02

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

INC PRIME RATE TRUST

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II, L.P.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

By: _____
Name:
Title:

MORGAN STANLEY PRIME INCOME TRUST

By: _____
Name: Sheila A. Finnerty
Title:   Executive Director

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

28

SILVER OAK CAPITAL, L.L.C.                 ING PRIME RATE TRUST

By: _____          By: _____
Name:                            Name:
Title:                           Title:

BLACK DIAMOND CLO 2000-1 LTD.             ARES LEVERAGED INVESTMENT FUND II, L.P.

By: _____          By: _____
Name:                            Name:
Title:                           Title:

ARES IV CLO LTD.                          SUFFIELD CLO, LIMITED

By: _____          By: _____
Name:                            Name:
Title:                           Title:

MASSACHUSETTS MUTUAL LIFE                 MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                         INCOME TRUST

By: _____          By: _____
Name:                            Name:
Title:                           Title:

GSC RECOVERY II, L.P.                     GSC RECOVERY IIA, L.P.

By: _____          By: _____
Name:                            Name:
Title:                           Title:

THIRD AVENUE TRUST                        ORIX FINANCE CORP. I

By: _____          By: _____
Name:                            Name:
Title:                           Title:

A- 227

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:    Sheppard H.C. Davis, Jr.
Title:    Authorized Representative

A- 229

MAY 12 2003 13:01 FR GE CAPITAL        203.502 9241 TO 913127321775      P.02/02

29

GE CAPITAL CFE, INC.                    NATIONAL CITY BANK

        Joseph Badini

        Duly Authorized Signatory

By:                                     By:
Name:  *Joseph Badini*                  Name:
Title: *Vice President*                 Title:

TRANSAMERICA BUSINESS CREDIT            THE HUNTINGTON NATIONAL BANK
CORPORATION


By:                                     By:
Name:                                   Name:
Title:                                  Title:

BANK ONE N.A.                           LASALLE BANK NATIONAL ASSOCIATION


By:                                     By:
Name:                                   Name:
Title:                                  Title:

A- 230

05/08/03  THU 13:15 FAX 614 463 7414        NATL CITY                                    ☒002

29

Name:                                          Name:
Title:                                         Title:

ARES IV CLO LTD.                               SUFFIELD CLO, LIMITED

By:  _____                            By:  _____
Name:                                          Name:
Title:                                         Title:

MASSACHUSETTS MUTUAL LIFE                       MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                              INCOME TRUST

By:  _____                            By:  _____
Name:                                          Name:
Title:                                         Title:

GSC RECOVERY II, L.P.                           GSC RECOVERY IIA, L.P.

By:  _____                            By:  _____
Name:                                          Name:
Title:                                         Title:

THIRD AVENUE TRUST                             ORIX FINANCE CORP. I

By:  _____                            By:  _____
Name:                                          Name:
Title:                                         Title:

GE CAPITAL CFE, INC.                           NATIONAL CITY BANK

By:  _____                            By:  _____
Name:                                          Name: _Thomas D. Peoples_
Title:                                         Title: _Vice Pres._

TRANSAMERICA BUSINESS CREDIT                    THE HUNTINGTON NATIONAL BANK
CORPORATION

By:  _____                            By:  _____

MAY 08 2003 10:22 FR TRANSAMERICA                    TO 13127321775    P.02/02

29

TRANSAMERICA BUSINESS CAPITAL          THE HUNTINGTON NATIONAL BANK
CORPORATION

By: _____            By: _____
Name:  Stephen R. Goetschius           Name:
Title:  Senior Vice President          Title:

BANK ONE N.A.                          LASALLE BANK NATIONAL ASSOCIATION

By: _____            By: _____
Name:                                  Name:
Title:                                 Title:

** TOTAL PAGE.02 **

A- 232

May-07-03   10:35   From-                        614-480-3056        T-776   P 002/002   F-765

29

| GE CAPITAL CFE, INC. | NATIONAL CITY BANK |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |

| TRANSAMERICA BUSINESS CREDIT CORPORATION | THE HUNTINGTON NATIONAL BANK |
|---|---|
| By: _____ | By: _David F. Isler (signature)_ |
| Name: | Name:   David F. Isler |
| Title: | Title:   Senior Vice President |

| BANK ONE N.A. | LASALLE BANK NATIONAL ASSOCIATION |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |

29

GE CAPITAL CFE, INC.                    NATIONAL CITY BANK

By: _____              By: _____
Name:                                    Name:
Title:                                   Title:

TRANSAMERICA BUSINESS CREDIT          THE HUNTINGTON NATIONAL BANK
CORPORATION

By: _____              By: _____
Name:                                    Name:
Title:                                   Title:

BANK ONE N.A.                         LASALLE BANK NATIONAL ASSOCIATION

By: _____              By: _____
Name: KEVIN CHRISTENSEN                   Name:
Title: 1ST VP                            Title:

29

GE CAPITAL CFE, INC.                    NATIONAL CITY BANK

By: _____        By: _____
Name:                              Name:
Title:                             Title:

TRANSAMERICA BUSINESS CREDIT        THE HUNTINGTON NATIONAL BANK
CORPORATION

By: _____        By: _____
Name:                              Name:
Title:                             Title:

BANK ONE N.A.                       LASALLE BANK NATIONAL ASSOCIATION

By: _____        By: _____
Name:                              Name:    MARGARET P. HEGER
Title:                             Title:   FIRST VICE PRESIDENT

A- 235

INSILCO HOLDING CO.

By:
Name: Carol G. Stebbins
Title: President

INNET TECHNOLOGIES, INC.

By:
Name: Carol G. Stebbins
Title: President

INSILCO INTERNATIONAL
HOLDINGS, INC.

By:
Name: Carol G. Stebbins
Title: President

PRECISION CABLE MFG. CORPORATION

By:
Name: Carol G. Stebbins
Title: President

EYELETS FOR INDUSTRY, INC.

By:
Name: Carol G. Stebbins
Title: President

EFI METALFORMING, INC.

By:
Name: Carol G. Stebbins
Title: President

STEWART STAMPING CORPORATION

By:
Name: Carol G. Stebbins
Title: President

STEWART CONNECTOR SYSTEMS, INC.

By:
Name: Carol G. Stebbins
Title: President

SIGNAL CARIBE, INC.

By:
Name: Carol G. Stebbins
Title: President

SIGNAL TRANSFORMER CO., INC.

By:
Name: Carol G. Stebbins
Title: President

EXHIBIT A

1.  Real property owned by one of the Debtors or an affiliate located in Larne, Northern Ireland

2.  Real property owned by one of the Debtors located at 134 Wayfound Church Road, Hiddenite, North Carolina

3.  Real property owned by one of the Debtors located at 500 E. Wichita #44, McAllen, Texas

4.  The following personal property located at the Debtors' Columbus, Ohio office:  See attachment

WP3:889095.1                                                    61683.1002

A- 237

## List of Personal Property

All personal property in which the Debtors have an interest located at the Debtors' Dublin, Ohio offices, including the following:

| Type of Asset | Description |
|---|---|
| Painting | *Winter's Blanket* by Eli Bodo |
| Painting | *Late Winter* by Eli Bodo |
| Painting | *Discussing Current Events* by Louis Mueller |
| Painting | *Last Winter* by Ken Davis |
| Painting | *Richardson's Bard* by K. Kold-Fisher |
| Painting | *Biding Time* by William Huyt |
| Painting | *Maine Cove in Winter* by Virginia Webb |
| Painting | *Winter in the Country* by Richard Logsdon |
| Painting | *Marshes at Old Lyme* by Eugene Conion |
| Painting | *Silver Star* by Eugene Conion |
| Painting | *Railroad Bridge* by Eugene Conion |
| Painting | *Last Request* by Earl Mitchell |
| Painting | *N.E. Covered Bridge* by Eugene Conion |
| Painting | *Miss Marple (Docked)* by Jack Garver |
| Painting | *Tobacco Barns* by Eugene Conion |
| Painting | *Red Barn* by Eugene Conion |
| Painting | *Farm Montagne Nr River* by Eugene Conion |
| Painting | *N.E. Ski Resort* by Cecile Johnson |
| Painting | *Back of Anderson's Place* by Eugene Conion |
| Painting | *April Flowers* |
| Painting | *The Hunt* by Heather St. Clair Davis |
| Painting | *River Reflections* by Eugene Conion |
| Painting | *River Reflections* by Eugene Conion |

| Type of Asset | Description |
|---|---|
| Painting | *Migrating Geese* by Eli Bodo |
| Painting | *River Road* by Jack Perrin |
| Painting | *Carp with Gord* by Junkan Kinoshita |
| Painting | *Johnson's New England* |
| Painting | *View of River from Essex* by Eugene Conion |
| Painting | *Forego* by Anthony Alonso |
| Painting | *Spring House at Emily's* by Peter Poskas |
| Painting | *Newfoundland Map* |
| Painting | *Sir Richard Sutton and the Quorn Hounds* by Bromley |
| Painting | *Edge of October* by Stuart Eldridge |
| Painting | *Frozen Canal in Holyoke* by Eugene Conion |
| Painting | *Canal in Holyoke* by Eugene Conion |
| Painting | *Railroad Trestle* by Eugene Conion |
| Painting | *Munroe Grange Building* by Eugene Conion |
| Painting | *Whetstone Brook* by Eugene Conion |
| Painting | *Nova Scotia House* by Jack Garver |
| Painting | *Red Dory* by Jack Garver |
| Painting | *Boathouse in the Trees* by John Neff |
| Painting | *Hanging Laundry* by John Neff |
| Painting | *Old Farm House* by Peter Poskas |
| Painting | *Birds Over Marsh* by Megible |
| Painting | *Fields* by Davis Carroll |
| Painting | *Vermont Church* by Virginia Webb |
| Painting | *Calm Morning* by Hicken |
| Painting | *Carnival Horses* |
| Painting | *The Tenant House* by Claude Enders |
| Painting | *Winder Reflection* by Claude Enders |

A- 239

| Type of Asset | Description |
|---|---|
| Painting | *Vinal Hanen* by Claude Enders |
| Painting | *At Uncle Bob's* by Claude Enders |
| Painting | *Yacht "Sachem"* by James Mitchell |
| Painting | *Valkyrie III* by James Mitchell |
| Painting | *September Passage* by Gerald McAnn |
| Painting | *Silent Passage* by Gerald McAnn |
| Painting | *Picuris Elder* by Julian Robles |
| Painting | *White House* by Kathleen Kolb-Fisher |
| Painting | *Freight Yards* by Eugene Conion |
| Painting | *Fields* by Stuart Eldredge |
| Painting | *Switching Station Skethc* by Eugene Conion |
| Painting | *Brick Tenements* by Eugene Conion |
| Painting | *Walter's Barn* by Virginia Webb |
| Painting | *Early Evening* by Arthur Jones |
| Painting | *Autumn's Peak* by Eli Bodo |
| Painting | *Winter Morning* by Virginia Webb |
| Painting | *The Yacht Brokers, Essex* by Eugene Conion |
| Painting | *Moored Yacht* by Juhn Neff |
| Painting | *The Regatta* by George Shawe |
| Painting | *Prairie* by Eric Sloane |
| Painting | *Clam Shells* by Elwood Bengert (unaccounted for) |
| Painting | *By the Driveway* by Ken Davis (unaccounted for) |
| Painting | *Winged Kelp* by Marcia Norman (unaccounted for) |
| Painting | *Portrait of D. Hubbell* by Ralph Earl (Art on Consignment) |
| Brides Basket | New England glass insert, fluted top, pink coloration and decorated with enamel floral design inside. C. 1890 |
| Coffee Pot | Victorian Style, embossed floral design and monogram on the side. c. 1890 |

| Type of Asset | Description |
|---|---|
| Napkin Rings | Japanese reproduction of Victorian napkin rings. c. 1960 |
| Tea Pots | Squat Sterling Silver Tea Pots, ebony handles and finials. La Paglia Designers for International Silver |
| Brides Basket | Glass appears to be from New England Glass Co. Top is fluted with yellow fading and enamel decoration inside. c. 1890 |
| Water Set | Silver tray fitted with 2 silver plate water goblets. Hand Painted porcelain on pitcher by Simpson Hall Miller & Co. fitted with silver plated frame. c. 1887 |
| Fruit Stand or Center Piece | New England fluted top bowl supported by three cherubs on silver plated frame. c. 1880 |
| Fruit Stand | Stand with three children supporting bowl with Victorian motif. Glass in perfect Condition. c. 1880 |
| Silver Plate Creamer & Sugar | Made by Brittania Company |
| Furniture | (2) | upholstered wing chairs |
| Furniture | (1) | leather sofa |
| Furniture | (1) | fabric sofa |
| Furniture | (1) | small conference table with 6 chairs |
| Furniture | (8) | upholstered guest chairs with cherry arms/legs |
| Furniture | (1) | large conference table with 8 leather chairs |
| Furniture | (1) | cherry secretary's desk with credenza |
| Furniture | (1) | cherry wall storage unit |
| Furniture | (4) | cherry 8-drawer filing cabinets |
| Furniture | (2) | library tables |
| Furniture | (21) | small guest chairs |
| Furniture | (11) | desks |
| Furniture | (1) | executive desk w/2 credenzas |
| Furniture | (10) | task chairs |
| Furniture | (5) | executive chairs |
| Furniture | (8) | cherry 3-drawer, 3-shelf book shelves |
| Furniture | (6) | cherry 29-inch round coffee tables |

A- 241

| Type of Asset | | Description |
|---|---|---|
| Furniture | (1) | curved cherry 4 drawer stand |
| Furniture | (5) | 3-section credenzas |
| Furniture | (6) | 2 shelf bookshelves w/doors |
| Furniture | (2) | small office refrigerators |
| Furniture | (2) | microwave ovens |
| Furniture | (1) | Xerox copier – 6 years old |
| Furniture | (2) | Fax Machines |
| Furniture | (24) | metal 5 drawer filing cabinets |
| Furniture | (9) | cubicles with built-ins |
| Furniture | (1) | 9" TV/VCR combination |
| Furniture | (2) | utility carts |
| Furniture | (1) | 2-drawer metals cabinet |
| Furniture | (1) | cherry conference room wall board |
| Furniture | (2) | 2-shelf, 2 –drawer bookshelves |
| Furniture | (9) | 5-shelf bookcases |
| Furniture | (5) | 3-shelf bookcases |
| Furniture | (1) | 28-shelf bookcase |
| Furniture | (2) | 7-shelf bookcases |
| Furniture | (2) | 6-shelf bookcases |
| Furniture | (1) | 18-shelf bookcase |
| Furniture | (8) | miscellaneous work tables |
| Furniture | (2) | 2-shelf bookcases |
| Furniture | (3) | miscellaneous side/coffee tables |
| Furniture | (1) | 5-shelf metal utility unit |

| Type of Asset | Description | |
|---|---|---|
| Furniture | (1) | 3-shelf metals unit |
| Furniture | (8) | 6-shelf metal bookshelves |
| Furniture | (1) | 6 foot folding table |

32

Schedule I

[List of Senior Lenders]

Schedule I

## Indebtedness Owed as of 12/16/02 on Revolving Credit, Term Loan A, Term Loan B

|  | (1) TLB | (2) TLA | (3) Revolver Clean Advances | (4) Letter of Credit | SUM (1-4) Total |
|---|---|---|---|---|---|
| AERIES FINANCE II | 1,069,405.05 |  |  |  | 1,069,405.55 |
| AG CAPITAL FUNDING PARTNERS L | 4,306,653.71 |  |  |  | 4,306,653.71 |
| ARCHIMEDES FUNDING II | 4,309,947.37 |  |  |  | 4,309,947.37 |
| ARCHIMEDES FUNDING IV (CAYMAN) | 4,208,343.52 |  |  |  | 4,208,343.52 |
| ARES IV CLO LTD. | 5,113,609.01 |  |  |  | 5,113,609.01 |
| ARES LEV INVEST FUND II, LP | 3,409,072.69 |  |  |  | 3,409,072.69 |
| AVALON CAPITAL LTD. 2 | 3,208,217.07 |  |  |  | 3,208,217.07 |
| BLACK DIAMOND CLO 2000 I LTD | 10,694,059.91 |  |  |  | 10,694,059.91 |
| CERES II FINANCE LTD | 5,371,271.92 |  |  |  | 6,371,271.92 |
| CHARTER VIEW PORTFOLIO | 2,860,214.77 |  |  |  | 2,860,214.77 |
| ENDURANCE CLO I LTD | 2,138,811.39 |  |  |  | 2,138,811.39 |
| GSC RECOVERY II LP | 5,797,691.44 |  |  |  | 5,797,691.44 |
| GSC RECOVERY IIA LP | 4,039,473.19 |  |  |  | 4,039,473.19 |
| KZH-ING-2 LLC | 7,405,839.05 |  |  |  | 7,405,839.05 |
| KZH-ING-3 LLC | 1,069,405.60 |  |  |  | 1,069,405.60 |
| LASALLE BANK NA | 5,355,069.25 | 4,737,841.30 | 5,162,582.02 | $718,646.24 | 16,974,239.09 |
| MASSACHUSETTS MUTUAL LIFE INS | 849,623.59 |  |  |  | 849,623.59 |
| MORGAN STANLEY DW PRIME INCOME | 7,335,421.70 |  |  |  | 7,335,421.70 |
| NEMEAN CLO LTD | 5,347,028.46 |  |  |  | 5,347,028.46 |
| NORTHWOODS CAPITAL III LTD | 4,299,116.37 |  |  |  | 4,299,116.37 |
| NORTHWOODS CAPITAL, LIMITED | 4,277,622.70 |  |  |  | 4,277,622.70 |
| NORTHWOODS CAPITAL II, LIMITE | 4,277,522.78 |  |  |  | 4,277,522.78 |
| OASIS COLLATERALIZED HIP I LTD | 1,069,405.69 |  |  |  | 1,069,405.69 |
| ORIX FINANCE CORP 1 | 4,277,622.70 |  |  |  | 4,277,622.70 |
| ING PRIME RATE | 5,347,028.46 |  |  |  | 5,347,028.46 |
| SEQUILS-ING I HBDGM | 3,208,217.07 |  |  |  | 3,208,217.07 |
| SILVER OAK CAPITAL, LLC | 28,707,802.45 |  |  |  | 28,707,802.45 |
| SUFFIELD CLO, LIMITED | 5,097,047.64 |  |  |  | 5,097,047.64 |
| THIRD AVENUE TRUST | 5,366,123.58 |  |  |  | 5,366,123.58 |
| Bank One, N.A. |  | 5,605,529.71 | 9,217,784.30 | $662,375.49 | 12,765,699.50 |
| GE Capital CFE Inc. |  | 3,790,353.03 | 4,130,066.27 | $574,916.99 | 8,495,336.34 |
| Huntington National Bank |  | 4,737,841.39 | 5,162,582.82 | $720,186.69 | 10,520,710.90 |
| National City Bank |  | 3,760,353.08 | 4,130,066.26 | $574,916.99 | 8,495,336.34 |
| Transamerica Business |  | 9,475,692.76 | 10,325,165.63 | $1,437,202.48 | 21,239,340.90 |
| TOTAL | 180,477,859.00 | 32,216,001.43 | 35,126,248.10 | 4,808,334.90 | 232,712,443.42 |

## Indebtedness Owed as of 12/16/02 on Term Loan C

| LENDER | COMMITMENT AMOUNT | % OF COMMITMENT | TOTAL INTEREST DUE | Principal and Interest |
|--------|------------------|-----------------|--------------------|------------------------|
| DLJ DIVERSIFIED PARTNERS LP | 552,000.00 | 0.0368000000 | 265,737.51 | 817,737.51 |
| DLJ DIVERSIFIED PARTNERS-A LP | 205,000.00 | 0.0136666667 | 98,688.75 | 303,688.75 |
| DLJ EAB PARTNERS LP | 42,000.00 | 0.0028000000 | 20,219.18 | 62,219.18 |
| DLJ ESC II LP | 1,035,000.00 | 0.0690000000 | 498,257.64 | 1,533,257.64 |
| DLJ MERCHANT BANKING PARTNERS II LF | 376,000.00 | 0.0250666667 | 181,009.61 | 557,009.61 |
| DLJ MERCHANT BANKING PARTNERS II A | 9,449,000.00 | 0.6299333333 | 4,548,029.28 | 13,997,029.28 |
| DLJ MILLENIUM PARTNERS-A LP | 30,000.00 | 0.0020000000 | 14,442.26 | 44,442.26 |
| DLJ MILLENIUM PARTNERS LP | 153,000.00 | 0.0102000000 | 73,655.51 | 226,655.51 |
| DLJ OFFSHORE PARTNERS II CV | 465,000.00 | 0.0310000000 | 223,854.97 | 688,854.97 |
| MBP II PLAN INVESTORS LP | 2,693,000.00 | 0.1795333333 | 1,296,433.19 | 3,989,433.19 |
| TOTALS: | 15,000,000.00 | 1.0000000000 | 7,221,128.08 | 22,221,128.08 |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 02 – 13672 (KJC)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) RE: Docket No. 1019 |

## TECHNICAL MODIFICATION TO THE DEBTORS' AMENDED JOINT LIQUIDATING PLAN PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

The above captioned debtors and debtors-in-possession (the "Debtors") hereby submit the following technical modification to the Debtors' Amended Joint Liquidating Plan Pursuant to Chapter 11 of the United States Bankruptcy Code dated February 13, 2004 (the "Plan"):

The definition of "Trust Agreement" in Section 1.2(a) of the Plan (which specified that the series trust agreement would be filed with the Court no later than five days before the Debtors' confirmation date) is hereby amended and modified by the deletion of that definition and the insertion of the following definition in its place:

> Trust Agreement: The series trust agreement that documents the powers, duties and responsibilities of the Trustees, which agreement shall be in form and substance acceptable to the Creditors' Committee and the Agent and filed with the Bankruptcy Court prior to the Effective Date.

---

[1]     The other debtors in these jointly administered chapter 11 proceedings are Insilco Holding Co., InNet Technologies, Inc., Insilco International Holdings Inc., Precision Cable Mfg. Corporation, Eyelets for Industry, Inc., EFI Metal Forming, Inc., Stewart Stamping Corporation, Stewart Connector Systems, Inc., Signal Caribe, Inc., and Signal Transformer Co., Inc.

Dated: Wilmington, Delaware
June _____, 2004

Respectfully Submitted,

INSILCO TECHNOLOGIES, INC.

By: _____
Its: President and General Counsel

INSILCO HOLDING CORPORATION

By: _____
Its: General Counsel

INNET TECHNOLOGIES, INC.

By: _____
Its: General Counsel

INSILCO INTERNATIONAL HOLDINGS, INC.

By: _____
Its: General Counsel

PRECISION CABLE MFG. CORPORATION

By: _____
Its: General Counsel

EYELETS FOR INDUSTRY, INC.

By: _____
Its: General Counsel

EFI METAL FORMING, INC.

By: _____
Its: General Counsel

STEWART STAMPING CORPORATION

By: _____
Its: General Counsel

STEWART CONNECTOR SYSTEMS, INC.

By: _____

Its: _____

SIGNAL CARIBE, INC.

By: _____

Its: _____

SIGNAL TRANSFORMER CORPORATION, INC.

By: _____

Its: _____

61683.1001

A- 249

EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------x
                                        :   Chapter 11
In re                                   :
                                        :   Case No. 02-13672 (KJC)
INSILCO TECHNOLOGIES, INC., et al.,[1]  :
                                        :   (Jointly Administered)
                        Debtors.        :
----------------------------------------x
```

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE AMENDED JOINT LIQUIDATING PLAN PURSUANT TO CHAPTER 11 OF THE UNITED STATES CODE AND (II) SECOND ADMINISTRATIVE BAR DATE

PLEASE TAKE NOTICE that on _____, 2004, an Order (the "Confirmation Order") confirming the Amended Joint Liquidating Plan Pursuant to Chapter 11 of the United States Bankruptcy Code (as amended or modified, the "Plan"[2]), signed by the Honorable Kevin J. Carey, United States Bankruptcy Judge, was entered and duly docketed by the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the above-captioned cases.  The Confirmation Order is on file with the Clerk of the Bankruptcy Court and may be inspected during normal business hours at the Office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  Copies of the Confirmation Order can also be found at Docket No. ___ and obtained from the Bankruptcy Court's website at www.deb.uscourts.gov or by contacting the undersigned counsel to the above-captioned debtors (the "Debtors").

---

[1]      The other debtors in these jointly administered chapter 11 proceedings are Insilco Holding Co., InNet Technologies, Inc., Insilco International Holdings, Inc., Precision Cable Mfg. Corporation, Eyelets for Industry, Inc., EFI Metal Forming, Inc., Stewart Stamping Corporation, Stewart Connector Systems, Inc., Signal Caribe, Inc. and Signal Transformer Co., Inc.

[2]      Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Plan.

## SECOND BAR DATE FOR ADMINISTRATIVE CLAIMS

PLEASE TAKE FURTHER NOTICE that holders of Administrative Claims that arose on or before April 30, 2003 were required to file an Administrative Claim on or before May 15, 2003, *i.e.*, the First Administrative Bar Date, pursuant to the Bar Date Order.

PLEASE TAKE FURTHER NOTICE that only holders of Administrative Claims that arose after April 30, 2003 that have not been paid as of the Effective Date must file a request for payment of Administrative Claims with the Court and must serve a copy of such request upon [insert Trustees' counsel and counsel's address/es] such that it is received **no later than the date that is forty-five (45) days after the Confirmation Date**, *i.e.*, the Second Administrative Bar Date. This notice does <u>NOT</u> apply to Administrative Claims that arose prior to April 30, 2003 or Administrative Claims that were previously filed.

IF AN ADMINISTRATIVE CLAIM WAS NOT TIMELY FILED BY THE FIRST ADMINISTRATIVE BAR DATE OR IS NOT TIMELY FILED BY THE SECOND ADMINISTRATIVE BAR DATE, AS APPLICABLE, THEN SUCH ADMINISTRATIVE CLAIM SHALL BE FOREVER BARRED AND SHALL NOT BE ENFORCEABLE AGAINST DEBTORS, THEIR SUCCESSORS, THEIR ASSIGNS OR THEIR PROPERTY, ADMINISTRATIVE CLAIMS RESERVE FUND OR THE CREDITOR TRUST.

PLEASE TAKE FURTHER NOTICE THAT THE PLAN AND CONFIRMATION ORDER CONTAIN OTHER PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETY.

Dated: Wilmington, Delaware
      June _____, 2004

                    SHEARMAN & STERLING
                    Constance A. Fratianni
                    Scott C. Shelley
                    599 Lexington Avenue
                    New York, New York 10022
                    Telephone: (212) 848-4000
                    Facsimile: (212) 848-7179

                          - and –

                    YOUNG CONAWAY STARGATT
                    & TAYLOR, LLP

                    Pauline K. Morgan (No. 3650)
                    Sharon M. Zieg (No. 4196)
                    Alfred Villoch, III (No. 4341)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION