IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 02-13672<br>(KJC)<br><br>(Jointly Administered) |
| CHAD SHANDLER, as Trustee to the<br>Insilco Liquidating Trust,<br><br>Appellant.<br><br>v.<br><br>DLJ MERCHANT BANKING, INC. n/k/a<br>CREDIT SUISSE FIRST BOSTON,<br><br>Appellees. | Case No. 05 CV 795 (GMS) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, hereby certify that on this 17th day of January, 2007, I served one copy of the *Appellant's Opening Brief and Appendix re Appellant's Opening Brief* upon the parties below in the manner indicated:

*First Class Mail*
Karen E. Wagner, Esquire
Patrick A. Bradford, Esquire
James I. McClammy, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Hand Delivery*
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
Chris Simon, Esquire
Amy Elizabeth Evans, Esquire
Cross & Simon LLC
913 Market Street, Suite 1001
Wilmington, DE 19801

*First Class Mail*
Douglas S. Robson, Esquire
Handler, Thayer, Duggan, LLC
191 North Wacker Drive, 23rd Floor
Chicago, IL 60606

| | |
|---|---|
| *Hand Delivery* | *First Class Mail* |
| Marc S. Casarino, Esquire | Lawrence Slattery, Esquire |
| White and Williams | McDermott Will & Emery |
| 824 Market Street, Suite 902 | 50 Rockefeller Plaza |
| Wilmington, DE 19801 | New York, NY 10020 |
| | |
| *Hand Delivery* | *First Class Mail* |
| Jason A. Cincilla, Esquire | Scott C. Matasar, Esquire |
| Morris, Nichols, Arsht & Tunnell | Calfee, Halter, Griswold LLP |
| 1201 North Market Street | 1400 McDonald Investment Center |
| Wilmington, DE 19801 | 800 Superior Avenue |
| | Cleveland, OH 44114 |
| | |
| *Hand Delivery* | *Hand Delivery* |
| Steven K. Kortanek, Esquire | David L. Buchbinder, Esquire |
| Klehr Harrison Harvey Branzburg & Ellers | Office of the United States Trustee |
| 919 Market Street, Suite 1000 | 844 King Street, Suite 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: January 17, 2007
       Wilmington, Delaware

_____
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  cmwinter@duanemorris.com