## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on the 7th day of March, 2007, I caused a copy of

the **Appellees' Brief** to be served upon the parties listed below in the manner indicated.

### *VIA* ELECTRONIC MAIL AND HAND DELIVERY

Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
*Duane Morris LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com
rriley@duanemorris.com

### *VIA* ELECTRONIC MAIL AND FIRST CLASS MAIL

Andrew I. Silfen, Esquire
Michael S. Cryan, Esquire
Heike M. Vogel, Esquire
*Arent Fox LLPC*
1675 Broadway
New York, NY 10019
silfin.andrew@arentfox.com
cryan.michael@arentfox.com
vogel.heike@arentfox.com

Charlene D. Davis (No. 2336)

653638-1