IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
In re                                        :
                                             :  Chapter 11
                                             :  Case No. 02-13672 (KJC)
INSILCO TECHNOLOGIES, INC., et al.,          :  Jointly Administered
                                             :
        Debtors,                             :
                                             :
---------------------------------------------x
                                             :
CHAD J. SHANDLER, as Trustee to the          :
Insilco Liquidating Trust,                   :
                                             :
        Appellant,                           :
                                             :  Case No. 05 CV 795 (GMS)
    - v -                                    :
                                             :
DLJ MERCHANT BANKING, INC. n/k/a             :
CREDIT SUISSE FIRST BOSTON, et al.,          :
                                             :
        Appellees.                           :
                                             :
---------------------------------------------x

## APPELLEE BRIEF OF MCDONALD INVESTMENTS, INC.

| | |
|---|---|
| CALFEE, HALTER & GRISWOLD LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| Mitchell G. Blair | Steven K. Kortanek |
| James M. Lawniczak | 222 Delaware Avenue, Suite 1501 |
| Scott C. Matasar | Wilmington, DE 19801 |
| Nathan A. Wheatley | Telephone: 302-252-4363 |
| 1400 McDonald Investment Center | Facsimile: 302-661-7728 |
| 800 Superior Avenue | |
| Cleveland, Ohio 44114-2688 | |
| 216-622-8200 (phone) | |
| 216-241-0816 (fax) | |
| | Attorneys for McDonald Investments, Inc. |

{NAW3137.DOC;1}

## ADOPTION AND INCORPORATION OF ARGUMENT

McDonald Investments, Inc., by and through its undersigned counsel, hereby adopts and incorporates, as if set forth herein, the Appellee Brief of the DLJ Affiliates and the DLJ-affiliated Directors, filed with this Court pursuant to the above captioned proceeding on or about March 7, 2007.

## CONCLUSION

For the reasons set forth herein, McDonald Investments, Inc. respectfully requests that this Court affirm the decision of the District Court, which affirmed the Bankruptcy Court's dismissal of the state law claims for lack of bankruptcy subject matter jurisdiction.

Respectfully Submitted,

/s/ Steven K. Kortanek
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Steven K. Kortanek, Esq.
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: 302-252-4363
Facsimile: 302-661-7728

CALFEE, HALTER & GRISWOLD LLP
Mitchell G. Blair
James M. Lawniczak
Scott C. Matasar
Nathan A. Wheatley
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216-622-8200 (phone)
216-241-0816 (fax)

Counsel for McDonald Investments, Inc.

{INSILCO BRIEF (MCDONALD INVESTMENTS INC ) (NAW3137);1}