IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 02-13672 (KJC) |
| INSILCO TECHNOLOGIES, INC., et al., | : Jointly Administered |
| | : |
| Debtors, | : |

------------------------------- x

| | |
|---|---|
| CHAD J. SHANDLER, as Trustee to the Insilco Liquidating Trust, | : |
| | : |
| Appellant, | : |
| | : Case No. 05 CV 795 (GMS) |
| - v - | : |
| | : |
| DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON, et al., | : |
| | : |
| Appellees. | : |

------------------------------- x

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on this 7th day of March, 2007, I caused copies of the foregoing *Appellee Brief of McDonald Investments, Inc.* to be served upon the party listed on the attached service list via U.S. First Class Mail

By: /s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)

WCSR 3561591v1

## SERVICE LIST

Neil B. Glassman
Charlene B. Glass
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Chris Simon
Amy Elizabeth Evans
Cross & Simons LLC
913 Market Street
Suite 1001
Wilmington, DE 19801

Marc S. Casarino
White and Williams
824 Market Street, Suite 902
Wilmington, DE 19801

Lawrence Slattery
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Karen E. Wagner
James I. McClammy
Russell L. Lippman
A. Brendan Stewart
450 Lexington Avenue
New York, NY 10017

Douglas S. Robson
Handler, Thayer, Duggan, LLC
191 N. Wacker Drive, 23rd Floor
Chicago, IL 60606

Jason A. Cincilla
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

David L. Buchbinder
Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Andrew I. Silfen
Michael S. Cryan
Heike M. Vogel
Arent Fox LLPC
1675 Broadway
New York, NY 10019

WCSR 3561580v1