IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                              : Chapter 11
                                                   :
INSILCO TECHNOLOGIES, INC., *et al.*,              : Case No. 02-13672 (KJC)
                                                   :
            Debtors.                               : Jointly Administered
                                                   :
---------------------------------------------------------------x
                                                   :
CHAD SHANDLER, as Trustee to the Insilco           :
Liquidating Trust,                                 : Case No. 05 CV 795 (GMS)
                                                   :
            Appellant,                             :
                                                   :
      v.                                           :
                                                   :
DLJ MERCHANT BANKING, INC. n/k/a                   :
CREDIT SUISSE FIRST BOSTON, *et al.*,              :
                                                   :
            Appellees.                             :
---------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on the 7th day of March, 2007, I caused a copy of

the **Appellees' Brief** to be served upon the parties listed below in the manner indicated.

### *VIA* ELECTRONIC MAIL AND HAND DELIVERY

Chris Simon, Esquire
Amy E. Evans, Esquire
*Cross & Simon LLC*
913 Market Street, Suite 1001
Wilmington, DE 19801
csimon@crosslaw.com
aevans@crosslaw.com

Marc S. Casarino, Esquire
*White and Williams*
824 Market Street, Suite 902
Wilmington, DE 19801
casarinom@whiteandliams.com

653715-1

Jason A. Cincilla, Esquire
*Morris, Nichols, Arsht & Tunnell*
1201 North Market Street
Wilmington, DE 19801
jcincilla@mnat.com

Steven K. Kortanek, Esquire
*Womble Carlyle Sandridge & Rice, PLLC*
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
skortanek@wcsr.com

David L. Buchbinder, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801
david.buchbinder@usdoj.gov

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

Douglas C. Robson, Esquire
*Handler, Thayer, Duggan, LLC*
191 North Wacker Drive, 23rd Floor
Chicago, IL 60606
New York, NY 10019
drobson@htdlaw.com

Scott C. Matasar, Esquire
*Calfee, Halter, Griswold LLP*
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114
smatasar@calfee.com

**VIA FIRST CLASS MAIL**

Lawrence Slattery, Esquire
*McDermott Will & Emery*
50 Rockefeller Plaza
New York, NY 10020

Charlene D. Davis (No. 2336)

653715-1