IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> INSILCO TECHNOLOGIES, INC. et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 02-13672 (KJC) <br> Jointly Administered |
| CHAD J. SANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC. et al., <br><br> Appellant, <br><br> v. <br><br> DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON, et al., <br><br> Appellees. | Case No. 05 CV 795 (GMS) |

**APPELLEE BRIEF OF APPELLEES
JAMES ASHTON, RANDALL CURRAN AND DAVID HOWE**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jon E. Abramczyk (#2432)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (Fax)
*Counsel for Defendants James Ashton, Randall Curran and David Howe*

## ADOPTION OF ARGUMENT

Appellees James Ashton, Randall Curran and David Howe, though their undersigned counsel, hereby adopt and incorporate the Appellees' Brief filed this same day by the DLJ Affiliates and the DLJ-affiliated Directors (the "DLJ Affiliates' Brief") (D.I. 13).

## CONCLUSION

For the reasons set forth herein and in the DLJ Affiliates' Brief, Appellees James Ashton, Randall Curran and David Howe respectfully request that this Court affirm the Bankruptcy Court's decision at issue in this appeal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Jason Cincilla_
Jon E. Abramczyk (#2432)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (Fax)
  *Counsel for Defendants James Ashton, Randall Curran and David Howe*

Dated: March 7, 2007

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on the 7th day of March, 2007, I caused a true and correct copy of this **APPELLEE BRIEF OF APPELLEES JAMES ASHTON, RANDALL CURRAN AND DAVID HOWE** to be served upon the parties listed below by electronic-filing:

Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Andrew I. Silfen, Esq.
Arent Fox PLLC
1675 Broadway, 25th Floor
New York, NY 10019-5820

Amy Elizabeth Evans, Esq.
Cross & Simon LLC
913 N. Market St., 11th Floor
P. O. Box 1380
Wilmington, DE 19899

Christopher Martin Winter, Esq.
Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Marc Stephen Casarino, Esq.
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE 19899

Steven K. Kortanek, Esq.
Klehr Harrison Harvey
 Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Jason A. Cincilla (No. 4232)

758343v1