IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered) |
| CHAD SHANDLER, as Trustee to the Insilco Liquidating Trust,<br><br>Appellant.<br><br>v.<br><br>DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON,<br><br>Appellees. | Case No. 05 CV 795 (GMS) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, hereby certify that on this 23rd day of March, 2007, I served one copy of the *Reply Brief of Appellant* upon the parties below in the manner indicated:

*First Class Mail*
Karen E. Wagner, Esquire
Patrick A. Bradford, Esquire
James I. McClammy, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Hand Delivery*
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
Chris Simon, Esquire
Amy Elizabeth Evans, Esquire
Cross & Simon LLC
913 Market Street, Suite 1001
Wilmington, DE 19801

*First Class Mail*
Douglas S. Robson, Esquire
Handler, Thayer, Duggan, LLC
191 North Wacker Drive, 23rd Floor
Chicago, IL 60606

DM3\495331.1

*Hand Delivery*
Marc S. Casarino, Esquire
White and Williams
824 Market Street, Suite 902
Wilmington, DE 19801

*Hand Delivery*
Jason A. Cincilla, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

*Hand Delivery*
Steven Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

*First Class Mail*
Lawrence Slattery, Esquire
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020

*First Class Mail*
Scott C. Matasar, Esquire
Calfee, Halter, Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114

*Hand Delivery*
David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: March 23, 2007
Wilmington, Delaware

Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      cmwinter@duanemorris.com