IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INSILCO TECHNOLOGIES, INC., *et al.*, | Case No. 02-13672 (KJC) |
| Debtors. | Jointly Administered |
| | |
| CHAD J. SHANDLER, as Trustee to the Insilco Liquidating Trust, | |
| Appellant, | |
| v. | Case No. 05-cv-795 (GMS) |
| DLJ MERCHANT BANKING, INC., n/k/a CREDIT SUISSE FIRST BOSTON, *et al.*, | |
| Appellees. | |

## MOTION OF DLJ APPELLEES FOR LEAVE TO FILE A SURREPLY

The appellees, DLJ Merchant Banking, Inc., n/k/a Credit Suisse First Boston, et al. (the "DLJ Appellees"), by and through undersigned counsel herby respectfully move for leave to file the attached two page surreply brief (the "Surreply") in response to the reply brief (the "Reply") of appellant, Chad J. Shandler, as Trustee of the Insilco Liquidating Trust (the "Appellant"). The basis for this request is quite simple. In the Reply, the Appellant raises for the first time ever a wholly new argument, based on facts not in the record, that was never made to the Bankruptcy Court nor in his opening brief in the appeal. The purpose of the Surreply is to point out the new argument so that the Court can disregard it.

655521-1

Wherefore the DLJ Appellees respectfully request the Court approve the Motion.

Respectfully submitted,

THE BAYARD FIRM

By: /s/ Charlene D. Davis

Neil B. Glassman (2087)
Charlene D. Davis (2336)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395

-and-

DAVIS POLK & WARDWELL
Karen E. Wagner
James I. McClammy
Russell L. Lippman
A. Brendan Stewart
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 450-4800

Counsel for the DLJ Affiliates and
the DLJ-affiliated Directors

655521-1