IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 02-13672 (KJC) |
| INSILCO TECHNOLOGIES, INC., *et al.*, | : Jointly Administered |
| | : |
| Debtors, | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CHAD J. SHANDLER, as Trustee to the | : |
| Insilco Liquidating Trust, | : |
| | : |
| | : |
| Appellant, | : |
| | : Case No. 05 CV 795 (GMS) |
| - v - | : |
| | : |
| DLJ MERCHANT BANKING, INC. n/k/a | : |
| CREDIT SUISSE FIRST BOSTON, *et al.*, | : |
| | : |
| Appellees. | : |
| | : |
| | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPELLEES' SURREPLY BRIEF

THE BAYARD FIRM
Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
222 Delaware Avenue, 9th Floor
Wilmington, Delaware  19801
Tel:  (302) 655-5000
Fax: (302) 658-6395

DAVIS POLK & WARDWELL
Karen E. Wagner
James I. McClammy
Russell L. Lippman
A. Brendan Stewart
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000
Fax:  (202) 450-4800

Counsel for the DLJ Affiliates
and the DLJ-affiliated Directors

## **STATEMENT**

The DLJ Appellees submit this brief response to an argument made for the first time in the reply brief of Appellant Shandler.

Shandler argues that "related to" jurisdiction of his state law claims can be premised upon the fact that the director defendants may have indemnification claims against the estate, and cites *Belcufine v. Alo*e, 112 F.3d 633 (3d Cir. 1997), for the proposition that the existence of such claims would result in the establishment of a "close nexus" as a matter of law. *See* Reply Br. at 8-9.

This argument is without foundation. In *Belcufine*, the claims at issue arose during the pendency of a bankruptcy case, were asserted against officers of a debtor, and implicated indemnification obligations of that debtor. *Id.* at 635-636. The Court found that the "related to" test of *Pacor v. Higgins*, 743 F.2d 984 (3d Cir. 1984), was met. *Belcufine*, 112 F.3d at 636-37. Here, there are no facts in the record before this Court related to any indemnification claims, let alone any indemnification claims related to the complaint in this case. In addition, there is no estate that could be liable for any such claims, as the Insilco plan has been confirmed. Neither *Belcufine* nor *Pacor* is applicable.

In addition, a reply brief is not the place in which to raise a wholly new argument, based on facts not in the record, that was never made to the Bankruptcy Court or in the opening brief to this Court. *See Stern v. Halligan*, 158 F.3d 729, 731 n.3 (3d Cir. 1998) ("A party cannot raise issues for the first time in a reply brief.") (citations omitted); *Environmental Tectonics v. W.S. Kirkpatrick, Inc.*, 847 F.2d 1052, 1062 n.14 (3d Cir. 1988) (holding that where "the issue apparently was not raised below," and "the record is

substantially devoid of the sort of information" needed to resolve the issue, "it would be inappropriate for th[e] issue to be examined for the first time on appeal"); *In re Montgomery Ward Holding Corp.*, No. Civ. A. 99-734-JJF, 2001 WL 34368389, at *5 (D. Del. Jan. 19, 2001) ("As a general matter, issues not raised before the Bankruptcy Court cannot be raised for the first time on appeal to [the District Court].").

For all of these reasons, Shandler's Point IV should be disregarded.

Dated:  Wilmington, Delaware
        March 27, 2007

Respectfully submitted,

THE BAYARD FIRM

By: _____

Neil B. Glassman (No. 2087)
Charlene B. Glass (No. 2336)
222 Delaware Avenue, 9th Floor
Wilmington, Delaware  19801
Tel:  (302) 655-5000
Fax:  (302) 658-6395

DAVIS POLK & WARDWELL
Karen E. Wagner
James I. McClammy
Russell L. Lippman
A. Brendan Stewart
450 Lexington Avenue
New York, New York  10017
Tel:   (212) 450-4000
Fax:   (212) 450-3800

Counsel for the DLJ Affiliates
and the DLJ-affiliated Directors