IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INSILCO TECHNOLOGIES, INC., *et al.*, ) | Case No. 02-13672 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| CHAD J. SHANDLER, as Trustee to the ) | |
| Insilco Liquidating Trust, ) | |
| ) | |
| Appellant, ) | |
| ) | Case No. 05-cv-795 (GMS) |
| v. ) | |
| ) | |
| DLJ MERCHANT BANKING, INC., ) | |
| n/k/a CREDIT SUISSE FIRST BOSTON, ) | |
| *et al.*, ) | |
| ) | |
| Appellees. ) | |

**ORDER GRANTING DLJ APPELLEES LEAVE TO FILE A SURREPLY**

The Court having consider the Motion of the DLJ Appellees for Leave to File a Surreply (the "Motion") and finding cause therefore, It is hereby order on this _____ day of _____, 2007, that the Motion is granted and the Surreply attached to the Motion is deemed filed.

_____
Honorable Gregory M. Sleet
United States District Court Judge

655521-1