## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on the 27th day of March, 2007, I caused a copy of the **Motion of Appellees for Leave to File a Surreply** to be served upon the parties listed below in the manner indicated.

*VIA* **ELECTRONIC MAIL AND HAND DELIVERY**

Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
*Duane Morris LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com
rriley@duanemorris.com

Chris Simon, Esquire
Amy E. Evans, Esquire
*Cross & Simon LLC*
913 Market Street, Suite 1001
Wilmington, DE 19801
csimon@crosslaw.com
aevans@crosslaw.com

Marc S. Casarino, Esquire
*White and Williams*
824 Market Street, Suite 902
Wilmington, DE 19801
casarinom@whiteandliams.com

Jason A. Cincilla, Esquire
*Morris, Nichols, Arsht & Tunnell*
1201 North Market Street
Wilmington, DE 19801
jcincilla@mnat.com

Steven K. Kortanek, Esquire
*Womble Carlyle Sandridge & Rice, PLLC*
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
skortanek@wcsr.com

David L. Buchbinder, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801
david.buchbinder@usdoj.gov

*VIA* **ELECTRONIC MAIL AND FIRST CLASS MAIL**

Andrew I. Silfen, Esquire
Michael S. Cryan, Esquire
Heike M. Vogel, Esquire
*Arent Fox LLPC*
1675 Broadway
New York, NY 10019
silfin.andrew@arentfox.com
cryan.michael@arentfox.com
vogel.heike@arentfox.com

Douglas C. Robson, Esquire
*Handler, Thayer, Duggan, LLC*
191 North Wacker Drive, 23rd Floor
Chicago, IL 60606
drobson@htdlaw.com

Scott C. Matasar, Esquire
*Calfee, Halter, Griswold LLP*
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114
smatasar@calfee.com

*VIA* **FIRST CLASS MAIL**

Lawrence Slattery, Esquire
*McDermott Will & Emery*
50 Rockefeller Plaza
New York, NY 10020

                              Charlene D. Davis (No. 2336)

655538-1