IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------- x
                                      :
In re                                 :  Chapter 11
                                      :  Case No. 02-13672 (KJC)
INSILCO TECHNOLOGIES, INC., et al.,   :  Jointly Administered
                                      :
          Debtors,                    :
                                      :
------------------------------------- x
                                      :
CHAD J. SHANDLER, as Trustee to the   :
Insilco Liquidating Trust,            :
                                      :
          Appellant,                  :
                                      :  Case No. 05 CV 795 (GMS)
     - v -                            :
                                      :
DLJ MERCHANT BANKING, INC. n/k/a      :
CREDIT SUISSE FIRST BOSTON, et al.,   :
                                      :
          Appellees.                  :
                                      :
------------------------------------- x
```

## MOTION OF MCDONALD INVESTMENTS, INC. FOR
## LEAVE TO FILE SURREPLY AND JOINDER OF
## MOTION OF DLJ APPELLEES FOR LEAVE TO FILE A SURREPLY

McDonald Investments hereby moves for leave to file a surreply (attached hereto as Exhibit A) and in support therefor, states the grounds set forth in the Motion of DLJ Appellees for Leave to File a Surreply (the "DLJ Motion"). McDonald further supports and joins in the DLJ Defendants' Motion.

WCSR 3580443v1

Dated:  April 6, 2007

                                                                                  Respectfully Submitted,

                                                                                 WOMBLE CARLYLE SANDRIDGE
                                                                                      & RICE, PLLC

By:  */s/ Steven K. Kortanek*
      Steven K. Kortanek, Esq. (Del. Bar No. 3106)
      222 Delaware Avenue, Suite 1501
      Wilmington, DE  19801
      Telephone: 302-252-4363
      Facsimile: 302-661-7728

      CALFEE, HALTER & GRISWOLD LLP
      Mitchell G. Blair
      James M. Lawniczak
      Scott C. Matasar
      Nathan A. Wheatley
      1400 McDonald Investment Center
      800 Superior Avenue
      Cleveland, Ohio  441114-2688
      216-622-8200 (phone)
      216-241-0816 (fax)

Counsel for McDonald Investments, Inc.

WCSR  3580443v1