# **EXHIBIT A**

Case 1:05-cv-00795-GMS    Document 20-2    Filed 04/06/2007    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
In re                                                                :   Chapter 11
                                                                     :   Case No. 02-13672 (KJC)
INSILCO TECHNOLOGIES, INC., et al.,                                  :   Jointly Administered
                                                                     :
            Debtors,                                                 :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHAD J. SHANDLER, as Trustee to the                                  :
Insilco Liquidating Trust,                                           :
                                                                     :
            Appellant,                                               :
                                                                     :   Case No. 05 CV 795 (GMS)
      - v -                                                          :
                                                                     :
DLJ MERCHANT BANKING, INC. n/k/a                                     :
CREDIT SUISSE FIRST BOSTON, et al.,                                  :
                                                                     :
            Appellees.                                               :
                                                                     :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### SURREPLY BRIEF OF APPELLEE MCDONALD INVESTMENTS, INC.

| | |
|---|---|
| CALFEE, HALTER & GRISWOLD LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| Mitchell G. Blair | Steven K. Kortanek |
| James M. Lawniczak | 222 Delaware Avenue, Suite 1501 |
| Scott C. Matasar | Wilmington, DE 19801 |
| Nathan A. Wheatley | Telephone: 302-252-4363 |
| 1400 McDonald Investment Center | Facsimile: 302-661-7728 |
| 800 Superior Avenue | |
| Cleveland, Ohio 441114-2688 | |
| 216-622-8200 (phone) | |
| 216-241-0816 (fax) | |
| | Attorneys for McDonald Investments, Inc. |

WCSR 3580469v1

**STATEMENT**

McDonald Investments, Inc., submits this memorandum in response to an argument made for the first time in the reply brief of Appellant Shandler.

As is set forth more fully in the Motion of DLJ Appellees for Leave to File a Surreply, which McDonald incorporates by reference as if fully set forth herein, Shandler argues that "related to" jurisdiction of his state law claims can be premised upon the fact that the director defendants may have indemnification claims against the estate, in reliance upon *Belcufine v. Aloe*, 112 F.3d 633 (3d Cir. 1997).

Shandler's new argument is without merit, and, in any event, cannot at this late date be asserted by Shandler in his brief.

For all of these reasons, Shandler's Point IV should be disregarded.

Dated: Wilmington, Delaware
April 6, 2007

        Respectfully submitted,

        WOMBLE CARLYLE SANDRIDGE
          & RICE, PLLC

        By: /s/ *Steven K. Kortanek*
            Steven K. Kortanek (Del. Bar No. 3106)
            222 Delaware Avenue, Suite 1501
            Wilmington, DE 19801
            Ph: (302) 252-4363
            Fax: (302) 661-7728
            skortanek@wcsr.com

        -and-

        CALFEE, HALTER & GRISWOLD LLP
        Mitchell G. Blair
        James M. Lawniczak
        Scott C. Matasar
        Nathan A. Wheatley
        1400 McDonald Investment Center
        800 Superior Avenue
        Cleveland, Ohio  441114-2688
        216-622-8200 (phone)
        216-241-0816 (fax)

        Counsel for McDonald Investments, Inc.

WCSR 3580469v1