IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------ x
                                     :
In re                                :   Chapter 11
                                     :   Case No. 02-13672 (KJC)
INSILCO TECHNOLOGIES, INC., et al.,  :   Jointly Administered
                                     :
          Debtors,                   :
                                     :
                                     :
------------------------------------ x
                                     :
CHAD J. SHANDLER, as Trustee to the  :
Insilco Liquidating Trust,           :
                                     :
          Appellant,                 :
                                     :   Case No. 05 CV 795 (GMS)
    - v -                            :
                                     :
DLJ MERCHANT BANKING, INC. n/k/a     :
CREDIT SUISSE FIRST BOSTON, et al.,  :
                                     :
          Appellees.                 :
                                     :
                                     :
------------------------------------ x
```

## ORDER GRANTING MCDONALD INVESTMENTS, INC. LEAVE TO FILE A SURREPLY

The Court having considered the Motion of McDonald Investments, Inc. for Leave to File Surreply and Joinder of Motion of DLJ Appellees for Leave to File a Surreply (the "Motion") and finding cause therefore, It is hereby ordered on this _____ day of _____, 2007, that the Motion is granted and the Surreply attached to the Motion is deemed filed.

_____
Honorable Gregory M. Sleet
United States District Court Judge

WCSR 3580476v1