IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : | Case No. 02-13672 (KJC) |
| INSILCO TECHNOLOGIES, INC.,  et al., | : | Jointly Administered |
|  | : |  |
| Debtors, | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| CHAD J. SHANDLER, as Trustee to the Insilco Liquidating Trust, | : |  |
|  | : |  |
| Appellant, | : |  |
|  | : | Case No. 05 CV 795 (GMS) |
| - v - | : |  |
|  | : |  |
| DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON, et al., | : |  |
|  | : |  |
| Appellees. | : |  |
|  | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on this 6th day of April, 2007, I caused copies

of the foregoing **Motion of McDonald Investments, Inc. for Leave to File Surreply and Joinder**

**of Motion of DLJ Appellees for Leave to File a Surreply.** to be served upon the parties listed on

the attached service list via U.S. First Class Mail

By:_____
        Steven K. Kortanek (Del. Bar No. 3106)

WCSR 3561591v1