## SERVICE LIST

Neil B. Glassman
Charlene B. Glass
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801

Karen E. Wagner
James I. McClammy
Russell L. Lippman
A. Brendan Stewart
450 Lexington Avenue
New York, NY  10017

Chris Simon
Amy Elizabeth Evans
Cross & Simons LLC
913 Market Street
Suite 1001
Wilmington, DE  19801

Douglas S. Robson
Handler, Thayer, Duggan, LLC
191 N. Wacker Drive, 23rd Floor
Chicago, IL  60606

Marc S. Casarino
White and Williams
824 Market Street, Suite 902
Wilmington, DE  19801

Jason A. Cincilla
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Lawrence Slattery
McDermott Will & Emery
340 Madison Avenue
New York, NY  10173-1922

David L. Buchbinder
Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

Andrew I. Silfen
Michael S. Cryan
Heike M. Vogel
Arent Fox LLPC
1675 Broadway
New York, NY  10019