UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 02-13672 (KJC) |
| INSILCO TECHNOLOGIES, INC., *et al.*, | |
| Debtors, | (Jointly Administered) |
| | |
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.* | **SUBSTITUTION OF ATTORNEY** |
| Appellants, | |
| v. | |
| | Case No. 05 CV 795 (GMS) |
| DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON, *et al.* | |
| Appellees. | |

------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that Bragar Wexler & Eagel, P.C. will be substituted as attorneys for the Creditor Trustee ("Trustee") of Insilco Liquidating Trust – Unsecured Creditor Series, in the place of Arent Fox LLP in the above-captioned case.

This stipulation may be signed by facsimile signature.

Dated: New York, NY
April 2, 2008

| | |
|---|---|
| Arent Fox LLP | Bragar Wexler & Eagel, PC |
| By: *[signature]* | By: *[signature]* |
| Andrew Silfen | Lawrence Eagel |
| 1675 Broadway | 885 Third Avenue, Suite 3040 |
| New York, New York 10019 | New York, New York, 10022 |
| (212) 484-3903 | (212) 308-5858 |
| | |
| Retiring Attorney for Trustee | Incoming Attorney for Trustee |