IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered) |
| CHAD SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., et al.<br><br>Appellants<br><br>v.<br><br>DLJ MERCHANT BANKING, INC. n/k/a CREDIT SUISSE FIRST BOSTON, et al.<br><br>Appellees. | Case No. 05 CV 795 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Michael R. Lastowski, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Lawrence Eagel, an attorney with Bragar Wexler & Eagel, PC, 885 Third Avenue, Suite 3040, New York, New York, 10022 to represent Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc. in this case.

Dated: April 30, 2008
Wilmington, Delaware

Michael R. Lastowski (DE I.D. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

*Counsel to Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Court Judge

DM1\1325288.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York State, New Jersey and in the United States District Courts for the Southern, Eastern and Northern Districts of New York, the Second Circuit Court of Appeals and the United States Tax Court. I further certify pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Lawrence Eagel
Bragar Wexler & Eagel, PC
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone:    (212) 308-5858
Facsimile:    (212) 486-0462
E-mail:        Eagel@bragarwexler.com

*Counsel to Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc.*