**BRAGAR WEXLER & EAGEL, P.C.**
ATTORNEYS AT LAW
885 THIRD AVENUE, SUITE 3040
NEW YORK, NEW YORK 10022
(212) 308-5858
FACSIMILE: (212) 486-0462

LAWRENCE P. EAGEL

May 9, 2008

WRITER'S DIRECT FAX: (212) 504-3260
E-MAIL: eagel@bragarwexler.com

<u>By Hand</u>
Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

    Re: *Chad Shandler, as Creditor Trustee of Insilco Technologies, Inc., et al. v. DLJ Merchant Banking Inc. n/k/a Credit Suisse First Boston, et al.*
       Civ. Action No. 05-00795 (GMS)

Dear Judge Sleet:

  We have been recently retained as co-counsel to Chad Shandler, as Creditor Trustee of Insilco Technologies, Inc., et al. in the above referenced matter. A copy of the recently filed stipulation of substitution is enclosed.

  We write to request an in person conference with the Court to discuss the status of the pending appeal. This matter involves the Trustee's appeal from the bankruptcy court's decision dismissing, in part, the Trustee's claims against DLJ on the grounds that the bankruptcy court lacked subject matter jurisdiction over the Trustee's claims. The motion was fully briefed and submitted to the Court approximately one year ago, and we respectfully suggest that it would be helpful for the parties and the Court to meet and confer about the status, and to address possible further briefing.

BRAGAR WEXLER & EAGEL, P.C.

Honorable Gregory M. Sleet
May 9, 2008
Page 2

      We are available at the Court's earliest convenience should the Court be inclined to grant this request.

                              Respectfully submitted,

                              Lawrence P. Eagel

Enc.
cc: Defendants' counsel